# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

**LEONARDO GARCIA VENEGAS,** )
)
    **Plaintiff,** )
)
**v.** ) CIVIL ACTION 25-0397-WS-C
)
**TOM HOMAN, etc., et al.,** )
)
    **Defendants.** )

## ORDER

This action has been randomly assigned to the undersigned. Because, since assuming senior status, the undersigned does not accept class actions, the Clerk is directed to randomly reassign this action.

DONE and ORDERED this 2nd day of October, 2025.

<u>s/ WILLIAM H. STEELE</u>
UNITED STATES DISTRICT JUDGE