# United States Court of Appeals
# for the Fifth Circuit

**CERTIFICATE OF GOOD STANDING**

I, LYLE W. CAYCE, Clerk of this Court, certify that **Jaba Tsitsuashvili** was duly admitted to practice in this Court on July 29, 2020, and is in good standing in this Court.

Dated at NEW ORLEANS, LOUISIANA on October 03, 2025

_____
LYLE W. CAYCE
Clerk

By: _____
Steve A. Totora
Deputy Clerk

**A True Copy**
**Certified order issued Oct 03, 2025**

Clerk, U.S. Court of Appeals, Fifth Circuit