# United States Court of Appeals



for the

## Seventh Circuit

---

## Certificate of Good Standing

I, Christopher G. Conway, Clerk of the United States Court of Appeals for the Seventh Circuit, do hereby certify that Joshua Windham was on the twenty-second day of September in the year of our Lord two thousand and twenty-three, admitted to practice as an Attorney and Counsellor for the United States Court of Appeals for the Seventh Circuit, and that said Attorney has ever since been in good standing.

In testimony Whereof I, Christopher G. Conway, have hereunto subscribe my name and affix the seal of the United States Court of Appeals for the Seventh Circuit, this sixth day of October in the year of our Lord two thousand and twenty-five.



*Christopher Conway*

Clerk of the United States Court of Appeals for the Seventh Circuit