IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| LEONARDO GARCIA VENEGAS, *Plaintiff*, v. TOM HOMAN, WHITE HOUSE BORDER CZAR, IN HIS OFFICIAL CAPACITY, ET AL., *Defendants*. | Case No. 1:25-cv-397-JB-C  Oral argument requested |

**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiff files this motion for a preliminary injunction on Counts I, II, and IV of his complaint. Specifically, Plaintiff seeks preliminary relief against the Warrantless Entry, Preemptive Detention, and Continued Detention policies under Fed. R. Civ. P. 65(a)(1), 5 U.S.C. § 705, and this Court's equitable power, *see Larson v. Dom. & Foreign Com. Corp.*, 337 U.S. 682, 689 (1949), on the grounds and to the extent set forth in his supporting brief. Plaintiff requests oral argument on this motion, together with his motion for class certification (ECF No. 31), because they pose important and complex constitutional and legal questions of grave public importance.

Dated: October 27, 2025.                Respectfully submitted,

/s/ *Jared McClain*
Jared McClain (DC Bar No. 1720062)*
Jaba Tsitsuashvili (DC Bar No. 1601246)*
Joshua Windham (NC Bar No. 51071)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jmcclain@ij.org
*Admitted Pro Hac Vice*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served a copy of the foregoing PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION by U.S. First Class mail, postage prepaid, to the following:

1. Tom Homan, White House Border Czar, in his official capacity,
   c/o Pamela Bondi in her official capacity as Attorney General,
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

2. U.S Department of Homeland Security
   C/O Kristi Noem, Secretary
   Office of the General Counsel
   U.S. Department of Homeland Security
   2707 Martin Luther King Jr. Ave, SE
   Washington, DC 20528-0485

3. U.S. Department of Justice,
   c/o Pamela Bondi in her official capacity as Attorney General
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

4. Kristi Noem, in her official capacity as Secretary
   of U.S. Dept of Homeland Security
   Office of the General Counsel
   U.S. Department of Homeland Security
   2707 Martin Luther King Jr. Ave, SE
   Washington, DC 20528-0485

5. Pamela Bondi, in her official capacity as U.S. Attorney General
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

6. Steve Schrank, in his official capacity as Special Agent
   of HSI- Atlanta Field Office
   Office of the General Counsel
   U.S. Department of Homeland Security
   2707 Martin Luther King Jr. Ave, SE
   Washington, DC 20528-0485

7. Sarah Jones, in her official capacity as Special Agent in Charge
   of FBI's Mobile, Alabama Office
   Federal Bureau of Investigations - Mobile, Alabama Office
   200 North Royal Street
   Mobile, AL 36602

8. Brian Acuna, in his official capacity as Acting Director
   of ICE's New Orleans Field Office
   U.S. Immigration and Customs Enforcement
   Office of the Principal Legal Advisor
   500 12th St. SW, Mail Stop 5900
   Washington, DC 20536-5900

9. Adam M. Calderon, in his official capacity as Chief Patrol Officer
   for CBP's New Orleans Sector
   Office of Chief Counsel
   U.S. Customs and Border Protection
   1300 Pennsylvania Avenue, Suite 4.4-B
   Washington, D.C. 20229

10. Jamey Vanvliet, in his official capacity as Acting Special Agent
    in Charge of ATF's Nashville Field Office
    Bureau of Alcohol, Tobacco, Firearms and Explosives - Nashville ATF Office
    302 Innovation Drive, Suite 300
    Franklin, Tennessee 37067

11. Mark F. Sloke, in his official capacity
    as U.S. Marshal for the Southern District of Alabama
    US Marshal Service for Southern District of Alabama
    1155 St. Joseph Street, #201
    Mobile, AL 36602-3606

12. Five Unknown Federal Immigration Enforcement Officers, in their official capacities
    U.S. Immigration and Customs Enforcement
    Office of the Principal Legal Advisor
    500 12th St. SW, Mail Stop 5900
    Washington, DC 20536-5900

13. The United States of America,
    c/o Donald J. Trump, in his official capacity as President
    1600 Pennsylvania Ave NW
    Washington, DC 20500