DECLARATION OF JORGE OVIDIO ESTRADA

# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| LEONARDO GARCIA VENEGAS,<br><br>    *Plaintiff*,<br><br>v.<br><br>TOM HOMAN, WHITE HOUSE BORDER CZAR, IN HIS OFFICIAL CAPACITY, ET AL.,<br><br>    *Defendants*. | ORAL ARGUMENT REQUESTED<br><br><br>Case No. 1:25-cv-397-JB-C |

**DECLARATION OF JORGE OVIDIO ESTRADA**

I, Jorge Ovidio Estrada, do affirm and state as follows:

    1.    I am a United States citizen, an Alabama resident, over 18 years old, and fully competent to make this declaration, which I make voluntarily based on my personal knowledge.

    2.    I was born in 1991 in Galveston, Texas, I am of Latino descent, and I have been working in the construction industry in Alabama for nearly a decade.

    3.    On July 23, 2025, I was doing construction work in a privately owned residential development in Spanish Fort, Alabama, being built by DSLD Homes.

    4.    The house on which I was working had its foundation, framing, and roof decking completed. The house was nearly complete; siding and paint were set to go up the very next day.

    5.    I was there as part of a subcontracted crew responsible for installing shingles on the roof of the house.

1

6. I was carrying identification on the site that day: a Texas STAR ID issued on April 9, 2021, which complies with the federal REAL ID Act.

7. At the time, and still today, I had a habit of carrying my REAL ID to construction sites because I had heard of repeated federal immigration raids in the region over the past several months, and wanted to be sure that I had a way to prove my citizenship if I happened to be swept up in a raid.

8. Every lot in the development, including the lot on which I was working, was posted with a "no trespassing" sign at the entrance and was surrounded by a short black tarp fence.

9. There was also a "no trespassing" sign at the entrance to the development.

10. In total, there were at least 20 construction workers on the site that day. All of the workers, including myself, were visibly Latino.

11. None of the workers on the site that day were wearing clothes that would have identified who they worked for. They were simply working in plain, comfortable construction clothes, which is the norm in my industry.

12. As I was up on the roof installing shingles—sometime around mid-morning—I saw four trucks, a motorcycle, several drones, and a helicopter approaching the site.

13. When the ground vehicles arrived, about 15–20 federal agents exited the cars and stormed the site and the house, jumping over the black tarp fencing surrounding the property and walking past the clearly visible "no trespassing" sign.

14. At the time, at group about 5–6 white construction workers were doing plumbing work on a house across the street. The agents saw that group of workers, but did not approach or engage with them. They went straight for our site, which was staffed exclusively by Latino workers.

15. Several of the agents were wearing uniforms with FBI, HSI, or U.S. Marshall stitched into the fabric, as well as masks, sunglasses, and hats that obscured their faces. Several of the agents were also wearing body cameras.

16. The helicopter hovered above for about two minutes before it was replaced by drones that appeared to monitor the area.

17. Upon entering the work site, the agents immediately started physically detaining people (tackling several to the ground) and placing them in handcuffs without first identifying themselves or asking questions. In other words, the agents appeared to have a pre-planned tactic of "arrest first, ask questions later."

18. As all this was happening, I was on the roof with three other workers. The roof was not complete and had several large gaps through which we could have fallen and been seriously injured if ordered or forced to make any sudden movements.

19. The agents ordered us to come down from the roof. I repeatedly stated that I was a citizen. The agents again ordered us to come down. I complied.

20. When I came down from the roof, the agents immediately handcuffed me without identifying themselves or asking any questions.

21. I repeated that I was a citizen, told them that I had my REAL ID on me, and asked why they needed to handcuff me.

22. The agents replied that I could have a gun on me. But the agents did not pat me down or check me for a gun at any point during the interaction.

23. Instead, the agents reached into my pocket, took out my wallet, and scanned my REAL ID using a mobile device.

24. After scanning my ID, the agents interrogated me about who I was, where I was born, and how long ago I had obtained the ID.

25. Apparently the agents were satisfied with my answers, because they then released me from my handcuffs and told me I was free to go.

26. I was in handcuffs for approximately 10 minutes.

27. I asked the agents if they had a warrant to search the construction site. They did not respond.

28. To my knowledge, nobody consented to the agents' raid of our work site.

29. I am aware of at least three other workers on the site that day who had legal work authorization and yet were still handcuffed.

30. After I was released, my wife arrived with our two daughters (aged 14 and 15).

31. An agent wearing an FBI-marked vest told my wife that the agents receive a monetary bonus for each undocumented worker they catch, and that if she pointed out which of the handcuffed workers were undocumented, she would get a $200 cut of that bonus per person.

32. My wife and I repeatedly asked agents to identify themselves and to show their badges. They ignored us.

33. At one point, my wife and daughter tried to offer water to a handcuffed female worker. An agent yelled at my daughter to "Fuck off!"

34. I have not been charged with any crime as a result of the July 23 raid.

35. That raid has left me deeply shaken and traumatized. By all accounts, the agents raided our private work site without a warrant, without permission, and without any knowledge of who would be working on the site that day. The agents also appear to have ignored the work site across the street, where white individuals were working, to focus on a site where only Latino people were working.

36. I am an innocent American citizen who just wants to work hard to support myself and my family. And when I go to work on private property, I expect the freedom to do precisely that in peace.

37. Yet, every day since the July 23 raid, I have lived in fear that when I go to work, I will experience another raid and be put in handcuffs again merely for being a Latino construction worker.

38. I have no choice but to continue doing construction work in the area—I have four children and I need the money—nor do I believe I should have to choose between my freedom to earn an honest living and my freedom from unlawful raids and detentions.

39. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 23, 2025.                         [Signed Spanish Version Included]
                                                   _____
                                                   Jorge Ovidio Estrada

**EXECUTED SPANISH VERSION ATTACHED**

EN LA CORTE DEL DISTRITO DE LOS ESTADOS UNIDOS
DEL DISTRITO DEL SUR DE ALABAMA
EN LA DIVISION DE MOBILE

| | |
|---|---|
| LEONARDO GARCIA VENEGAS, *Demandante,* v. TOM HOMAN, WHITE HOUSE BORDER CZAR, IN HIS OFFICIAL CAPACITY, ET AL., *Acusados.* | Case No. 1:25-cv-397-JB-C |

**DECLARACION DE JORGE OVIDIO ESTRADA**

Yo Jorge Ovidio Estrada, afirmo y declaro lo siguiente:

1. Yo soy un ciudadano de los Estados Unidos, soy residente de Alabama, y soy mayor de 18 años de edad, y estoy totalmente competente para hacer esta declaración, la cual hago voluntariamente y está basada en mi propio conocimiento.

2. Yo nací en Galveston, Texas en 1991, yo soy de ascendencia Latina, y trabajo en Alabama en la industria de construcción desde hace aproximadamente una década.

3. El 23 de julio, del 2025 yo estaba trabajando en propiedad privada que estaba en obra de construcción, en una subdivisión residencial, en Spanish Fort, Alabama, que la estaba construyendo DSLD Homes.

4. La casa en la cual yo estaba trabajando ya tenía los cimientos, los marcos, y el techo ya estaba entablado. La casa estaba prácticamente terminada; solo quedaba ponerle las cubiertas y pintar, lo cual estaba programado hacerse al día siguiente.

5. Yo estaba ahí como parte de un grupo de subcontratistas con la responsabilidad de instalar tejas en el techo de la casa.

6. Yo tenía identificación en mi posesión ese día en la obra; una tarjeta de identificación de Texas, la "STAR ID" que me la otorgaron el 9 de abril, del 2021, y la cual cumple con los requisitos federales de La Ley de "REAL ID".

7. En ese tiempo, y ahora aún tengo la costumbre todavía de cargar mi "REAL ID", y la llevaba conmigo a la obra de trabajo porque había escuchado de repetidas redadas de inmigración federal en la región en los últimos meses, y quería asegurarme de poder probar mi ciudadanía, en caso tal que llegase a suceder que me cogieran en una redada.

8. Todos los lotes en la subdivisión, incluyendo el lote en el cual yo estaba trabajando, tenían avisos expuestos que advertían, "no traspasar" a la entrada, y además tenían una cerca de lona negra en todo alrededor.

9. Además de eso, había un aviso expuesto de "no traspasar" a la entrada de la subdivisión

10. Habíamos por lo menos 20 trabajadores en total en la obra de construcción ese día. Todos los trabajadores incluyéndome a mí, éramos visiblemente Latinos.

11. Ninguno de los trabajadores en la obra ese día llevábamos ropa puesta que nos identificara para quien trabajábamos. Simplemente llevábamos ropa sencilla y cómoda de construcción, lo cual es lo normal en la industria.

12. Mientras que yo estaba en el techo instalando tejas—era alrededor de media mañana—yo vi cuatro camionetas y una motocicleta, varios drones, y un helicóptero que se acercaban al sitio.

13. Cuando llegaron los vehículos de tierra, como 15-20 agentes federales se bajaron de los carros y asaltaron el lugar y la casa, saltaron por encima de la cerca y de la lona que encerraba la casa, y rodearon la propiedad, pasando el aviso que indicaba "no traspasar" que estaba a plena vista.

14. En ese momento, había un grupo como de 5 a 6 trabajadores de construcción blancos, que estaban haciendo trabajos de plomería en la casa del frente. Los agentes vieron a ese grupo de trabajadores, pero no se les acercaron ni interactuaron con ellos. Se fueron directamente a nuestra obra, que estaba compuesta exclusivamente de trabajadores Latinos.

15. Varios de los agentes tenían uniformes con letras bordadas; FBI, HSI, o U.S. Marshal, y tenían puestas máscaras, anteojos, y gorras que escondían sus caras. Algunos de los agentes también llevaban cámaras en el cuerpo.

16. El helicóptero volaba encima por unos dos minutos antes de ser remplazado por drones que se aparecieron para vigilar el área.

17. Después de entrar a la obra, los agentes inmediatamente comenzaron a detener físicamente a la gente (agarrándolos y tumbando algunos al piso) y ni interactuaron con ellos detenidos. Es decir, los agentes parecían tener una táctica pre-planificada "arrestar-primero, hacer preguntas-después."

18. Mientras que esto estaba sucediendo, yo estaba en el techo con tres trabajadores más. El techo no estaba completo, quedaban varios huecos grandes, que faltaban y por los cuales nos hubiésemos podido caer y lesionado gravemente si nos ordenaran o nos forzaran a hacer algún movimiento repentino.

3

19. Los agentes nos ordenaron a que nos bajáramos del techo. Yo les dije y se los repetí varias veces, que yo soy ciudadano. Los agentes de nuevo, nos ordenaron, a bajar del techo. Yo obedecí.

20. Cuando baje del techo, los agentes inmediatamente me esposaron sin identificarse y sin hacerme ninguna pregunta.

21. Yo les repetí que yo soy ciudadano, les dije que yo tenía identificación, la REAL ID conmigo, y les pregunté por qué había necesidad de esposarme a mí.

22. Los agentes me respondieron que yo podía tener un arma. Pero los agentes no me revisaron ni me requisaron para chequear si yo tenía un arma en ningún momento durante ese encuentro.

23. En vez, los agentes metieron la mano en mi bolsillo, sacaron mi billetera, y escanearon mi tarjeta de identificación REAL ID con un dispositivo móvil.

24. Después de escanear mi carnet de identidad, los agentes me interrogaron, preguntandome donde yo había nacido, y cuánto tiempo hacía que yo había obtenido el ID /la identificación.

25. Al parecer los agentes quedaron satisfechos con mis respuestas, porque me quitaron las esposas y me dijeron que quedaba en libertad y me podía marchar.

26. Estuve esposado por aproximadamente 10 minutos.

27. Yo les pregunte a los agentes si ellos tenían ordenes de allanamiento para hacer búsquedas en la obra de construcción. Ellos no respondieron.

28. A mi mejor conocimiento, nadie les dio permiso a los agentes para llevar a cabo la redada en nuestra obra de trabajo.

29. Yo sé de por lo menos tres otros trabajadores en la obra de construcción ese día, quienes tenían autorización legal para trabajar, pero aun así, fueron esposados.

30. Después de que me soltaron, mi esposa llego con nuestras dos hijas (de 14 y 15 años de edad).

31. Uno de los agentes que llevaba puesta máscara y un chaleco marcado-FBI le dijo a mi esposa que los agentes recibían un bono monetario por cada trabajador indocumentado que ellos agarraran, y que si ella le señalaba cuál de los trabajadores esposados eran indocumentados, ella recibiría un premio de $200 la tajada del bono por cada persona.

32. Mi esposa y yo les pedimos a los agentes varias veces que se identificaran y que nos mostraran sus placas. Ellos nos ignoraron.

33. En cierto momento, mi esposa y mi hija trataron de ofrecerle agua a una de las mujeres trabajadoras que estaba esposada. Y el agente le grito a mi hija: "Fuck off!"

34. No han presentado cargos contra mí por ningún delito como resultado de la redada del 23 de julio.

35. La redada me dejo profundamente conmovido y traumatizado. Por todo lo visto, los agentes que hicieron la redada de nuestra obra privada de trabajo lo hicieron sin orden judicial de allanamiento, sin permiso, y sin ningún conocimiento de quien estaría trabajando ahí ese día. Los agentes además parecían ignorar totalmente a la obra que había al frente, donde estaban trabajando personas de raza blanca, solo enfocándose en el sitio donde estaban trabajando trabajadores Latinos.

36. Yo soy un ciudadano americano inocente quien solo quiero esforzarme para trabajar para mantener a mi familia. Y cuando yo voy a trabajar a una propiedad privada, espero tener la libertad de hacer eso mismo, y hacerlo en paz.

37. Sin embargo, cada día desde la redada del 23 de julio, estoy viviendo con miedo, temor de ir a trabajar, miedo de que me vuelva a pasar, de tener que vivir por otra redada y que me pongan en esposas otras vez, solo por el hecho de ser un trabajador de construcción Latino.

38. No tengo otra opción que continuar trabajando en construcción en esta área—yo tengo cuatro hijos y necesito el dinero—pero tampoco creo que debo tener que escoger entre mi libertad de ganarme la vida honradamente y mi libertad contra redadas y detenciones ilegales.

39. Yo aquí declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de América que las declaraciones anteriores son ciertas y correctas.

Ejecutado este 23rd de Octubre del 2025.

_____
Jorge Ovidio Estrada

36. Yo soy un ciudadano americano inocente quien solo quiero esforzarme para trabajar para mantener a mi familia. Y cuando yo voy a trabajar a una propiedad privada, espero tener la libertad de hacer eso mismo, y hacerlo en paz.

37. Sin embargo, cada día desde la redada del 23 de julio, estoy viviendo con miedo, temor de ir a trabajar, miedo de que me vuelva a pasar, de tener que vivir por otra redada y que me pongan en esposas otras vez, solo por el hecho de ser un trabajador de construcción Latino.

38. No tengo otra opción que continuar trabajando en construcción en esta área— yo tengo cuatro hijos y necesito el dinero—pero tampoco creo que debo tener que escoger entre mi libertad de ganarme la vida honradamente y mi libertad contra redadas y detenciones ilegales.

39. Yo aquí declaro bajo pena de perjurio bajo las leyes de los Estados Unidos de América que las declaraciones anteriores son ciertas y correctas.

Ejecutado este _____ de Octubre del 2025.

_____
Jorge Ovidio Estrada