DECLARATION OF JANE DOE

# Exhibit D

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

LEONARDO GARCIA VENEGAS,

    *Plaintiff*,

v.

TOM HOMAN, WHITE HOUSE BORDER CZAR,
IN HIS OFFICIAL CAPACITY, ET AL.,

    *Defendants*.

Case No. 1:25-cv-397-JB-C

## DECLARATION OF JANE DOE

I affirm and state as follows:

    1.    I am over 18 years old, and fully competent to make this declaration, which I make voluntarily based on my personal knowledge.

    2.    I am a Mexican national with lawful status in the United States, I am of Latino descent, and I am legally working in the landscaping industry in Escambia County, Florida.

    3.    I have a Social Security Card, a U.S. Employment Verification Card, and a REAL ID issued by the state of Florida that complies with the REAL ID Act.

    4.    I live with my children, as their sole legal guardian.  And my sister lives nearby.

    5.    One day in October 2025, I arrived at my company's property to get equipment and begin work for the day.

    6.    My company's property is enclosed by a fence with two gates.

7. In total, there were more than 20 workers on the property that morning, and about two-thirds of them were Latinos.

8. Before we could begin work for the day, vehicles full of immigration officers drove quickly onto the property without warning.

9. To my knowledge, nobody consented to the agents' raid of our work site.

10. There were between 25–40 officers in total, some in plain clothes and some in uniforms.

11. The officers immediately separated the workers by perceived ethnicity. They put the white and black workers off to one side and zip-tied the wrists of all the Latino workers, and only the Latino workers.

12. At most, the officers gave a cursory glance at the black and white workers. They focused all their attention on the Latino workers.

13. I told the officers nearest to me that I had all my paperwork, including my U.S. Employment Authorization Card, my Social Security Card, my Florida-issued REAL ID, and my Mexican Passport.

14. The officers walked me to my car and retrieved my paperwork.

15. The officers reviewed my paperwork and used what I believe was facial recognition to confirm my identity.

16. At first, they seemed satisfied, but another officer (who appeared to be a supervisor) said that they could not trust my paperwork because "the Biden Administration made a lot of mistakes."

17. After about 20 minutes in zip-ties, the officers decided that they would not let me go, and they replaced my zip-ties with handcuffs and shackles around my legs.

18. I was in shackles for several hours before the officers finally told me that they were "giving me a second chance" and let me go.

19. Although I was new at my company and did not know many of my coworkers personally, I know that at least one of my coworkers had legal status but was not released. I have not seen or heard from that coworker since the immigration officers loaded her in their van. I don't know why they took her but gave me a "second chance."

20. The raid was incredibly traumatizing. I had to take several days off work to recover and only returned because I have bills to pay. It is still upsetting to remember the raid, and I am worried about experiencing another one.

21. I am filing this declaration anonymously because I am scared that sharing my story will cause the government to retaliate against me and revoke my legal status. I have seen news stories about other people who have faced immigration consequences for exercising their First Amendment rights. I have also heard of people being arrested and deported when they show up to their court date. And immediately after the raid, the government gave me a new notice to appear in immigration court after the raid. My court date was then postponed.

22. I'm worried that filing this declaration under my real name will cause me to be deported. Being deported to Mexico would put my life at risk. A man who has already tried to kill me once has threatened to try again. He cannot hurt me while I am in the United States, but returning to Mexico would put my life at risk.

23. I reviewed a version of this declaration written in both Spanish and English and confirmed by phone with Institute for Justice attorneys Katrin Marquez and Jared McClain and that the declaration is accurate.

24. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration has been read to me in Spanish, a language I speak and understand.

Executed October 27, 2025.

*Jane Doe (Oct 27, 2025 13:07:44 CDT)*

Jane Doe

**EXECUTED SPANISH VERSION ATTACHED**

EN EL TRIBUNAL DE DISTRITO DE LOS ESTADOS UNIDOS
PARA EL DISTRITO SUR DE ALABAMA
DIVISIÓN DE MOBILE

| | |
|---|---|
| LEONARDO GARCIA VENEGAS,<br><br>*Demandante,*<br><br>v.<br><br>TOM HOMAN, "ZAR FRONTERIZO" DE LA CASA BLANCA, EN SU CAPACIDAD OFICIAL, Y OTROS,<br><br>*DEMANDADOS.* | Case No. 1:25-cv-397-JB-C |

### DECLARACIÓN DE JANE DOE

Afirmo y declaro lo siguiente:

1. Tengo más de 18 años y soy plenamente competente para hacer esta declaración, la cual realizo de manera voluntaria y con base en mi conocimiento personal.

2. Soy ciudadano mexicano con estatus legal en los Estados Unidos, soy de ascendencia latina y trabajo legalmente en la industria de jardinería en el condado de Escambia, Florida.

3. Tengo una tarjeta del Seguro Social, una tarjeta de autorización de empleo de los Estados Unidos y una identificación REAL ID emitida por el estado de Florida que cumple con la Ley REAL ID.

4. Vivo con mis hijos, de quienes soy el único tutor legal. Mi hermana vive cerca.

5. Un día de octubre de 2025, llegué a la propiedad de mi empresa para recoger el equipo y comenzar la jornada laboral.

6. La propiedad de mi empresa está cercada y cuenta con dos portones.

7. En total, había más de 20 trabajadores en la propiedad esa mañana, y aproximadamente dos tercios de ellos eran latinos.

8. Antes de que pudiéramos comenzar a trabajar, vehículos llenos de oficiales de inmigración entraron rápidamente a la propiedad sin previo aviso.

9. Que yo sepa, nadie dio su consentimiento para la redada de los agentes en nuestro lugar de trabajo.

10. Había entre 25 y 40 oficiales en total, algunos vestidos de civil y otros con uniforme.

11. Los oficiales inmediatamente separaron a los trabajadores según su aparente origen étnico. Apartaron a los trabajadores blancos y negros a un lado y ataron con bridas las muñecas de todos los trabajadores latinos, y solo de los latinos.

12. Como mucho, los oficiales apenas miraron a los trabajadores blancos y negros. Concentraron toda su atención en los trabajadores latinos.

13. Les dije a los oficiales más cercanos que tenía toda mi documentación, incluyendo mi tarjeta de autorización de empleo de EE. UU., mi tarjeta del Seguro Social, mi REAL ID emitida por Florida y mi pasaporte mexicano.

14. Los oficiales me acompañaron hasta mi auto y tomaron mis documentos.

15. Revisaron mis documentos y usaron lo que creo que era un sistema de reconocimiento facial para confirmar mi identidad.

16. Al principio parecían conformes, pero otro oficial (que parecía ser un supervisor) dijo que no podían confiar en mis documentos porque "la Administración Biden cometió muchos errores".

17. Después de unos 20 minutos con las bridas, los oficiales decidieron que no me dejarían ir y reemplazaron las bridas por esposas y grilletes en mis piernas.

18. Estuve con grilletes durante varias horas antes de que finalmente los oficiales me dijeran que me estaban "dando una segunda oportunidad" y me dejaran ir.

19. Aunque era nuevo en la empresa y no conocía personalmente a muchos de mis compañeros, sé que al menos una de mis compañeras tenía estatus legal pero no fue liberada. No la he vuelto a ver ni a escuchar desde que los oficiales de inmigración la subieron a su camioneta. No sé por qué se la llevaron, pero a mí me dieron una "segunda oportunidad".

20. La redada fue increíblemente traumática. Tuve que tomarme varios días libres para recuperarme y solo regresé porque tengo cuentas que pagar. Aún me resulta angustiante recordar la redada, y temo volver a pasar por otra experiencia igual.

21. Presento esta declaración de forma anónima porque tengo miedo de que contar mi historia provoque que el gobierno tome represalias contra mí y revoque mi estatus legal. He visto noticias sobre otras personas que han enfrentado consecuencias migratorias por ejercer sus derechos de la Primera Enmienda. También he escuchado de personas que fueron arrestadas y deportadas cuando se presentaron a su audiencia en la corte. Inmediatamente después de la redada, recibí una nueva notificación para comparecer ante la corte de inmigración. Luego, mi fecha de audiencia fue pospuesta.

22. Temo que presentar esta declaración con mi nombre real pueda causar que me deporten. No puedo ser deportado porque alguien ha amenazado con matarme si regreso a México. Él no puede hacerme daño mientras esté en Estados Unidos.

23. He revisado una versión de esta declaración escrita en español e inglés, y confirmé por teléfono con los abogados Katrin Marquez y Jared McClain que la declaración es precisa.

24. Declaro bajo pena de perjurio conforme a las leyes de los Estados Unidos de América que lo anterior es verdadero y correcto, y que esta declaración me ha sido leída en español, idioma que hablo y entiendo.

Ejecutado en 27 octubre de 2025.


Jane Doe