DECLARATION OF GEHOVANI ALVIRDE-RUIZ

# Exhibit E

IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| LEONARDO GARCIA VENEGAS,<br><br>*Plaintiff*,<br><br>v.<br><br>TOM HOMAN, WHITE HOUSE BORDER CZAR, IN HIS OFFICIAL CAPACITY, ET AL.,<br><br>*Defendants*. | Case No. 1:25-cv-397-JB-C |

### DECLARATION OF GEHOVANI ALVIRDE-RUIZ

I, Gehovani Alvirde-Ruiz, do affirm and state as follows:

1. I am a Mexican national with lawful permanent residency status, have lawfully resided in this country for well over a decade, and am fully competent to make this declaration, which I voluntarily make based on my personal knowledge.

2. At the time of the incidents described in this declaration, I lived and worked in Jefferson, Alabama in the construction industry at a company called Blox.

3. On the morning of February 1, 2025, I arrived home from a construction job at approximately 9:15am in the morning. Federal immigration officers were parked in front of my house, waiting for me.

4. Before I could exit my vehicle, a federal immigration officer opened the driver's side door and commanded "Show me your hands!" with his hands on his gun. At the same time, two other immigration officers approach the car.

5. The first federal immigration officer demanded to know "Who are you?" and grabbed my left arm. A second officer grabbed my right arm, and together the officers physically yanked me from my vehicle to my feet.

6. I told them that "I have papers," by which I meant tangible documentary proof of my lawful status.

7. The first federal immigration officer responded, "Show me! Where were you born?"

8. A local law enforcement officer then arrived at the scene, apparently as backup.

9. I handed the officers my lawful permanent residency card (aka "Green Card") and my Social Security Card, and the first immigration officer returned to his car.

10. As I understand it, both my Green Card and my Social Security Card are proof of my lawful presence in the U.S. *See, e.g.*, 8 C.F.R. §§ 210.5, 422.104(a)(1)–(3).

11. While my wallet was still open, the officers commented that my Alabama driver's license is not an Alabama STAR ID.

12. While I was waiting for the first federal immigration to return from his car, I heard the officers state "We got one," and that they intend to deport me.

13. I asked the federal immigration officers why they were arresting me and if they had an order for my arrest, but they did not respond to my questions.

14. After about 10 minutes, the first immigration officer returned from his car and asked me "Where did you get this Green Card?" I told him I received my Green Card at the U.S. Consulate "in [Ciudad] Juárez."

15. The first federal immigration officer dismissed my documents as fake. He told me "You are in the United States without permission," and "this thing"—referring to my Green

Doc ID: 4dda7515dcf7fabc6f3ca4630ab06f790897ef51

Card—"isn't real, bro!" He asserted—falsely and without evidence—that my Green Card's Alien Registration Number is associated with "someone else who has been deported a couple of times."

16. In fact, my Green Card is real, my Green Card's Alien Registration Number (205119099) is not associated with anyone else, and I have never been deported.

17. The federal immigration officers also dismissed my Social Security card as fake. But that is false—my Social Security Card is real and valid.

18. I was then arrested and driven to what appeared to be a federal detention facility (jail).

19. While I was detained at the jail, a fourth federal immigration officer visited me and asserted that my Green Card and Social Security card were fake. He stated that my Green Card and Social Security card were the best fake documents he had ever seen.

20. About three hours later, officials at the jail realized what I had been saying all along and what my documents should have proved them from the start: I am a lawful permanent resident. The officers released me without an apology.

21. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and has been read to me in Spanish, a language I speak and understand.

Executed October __16__, 2025.

_____
Gehovani Alvirde-Ruiz

Doc ID: 4dda7515dcf7fabc6f3ca4630ab06f790897ef51