# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,**<br><br>    **Plaintiff,**<br><br>v.<br><br>**TOM HOMAN,** White House Border Czar, in his official capacity; **U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF JUSTICE; KRISTI NOEM,** Secretary of the DHS, in her official capacity; **PAMELA BONDI,** Attorney General, in her official capacity; **STEVE SCHRANK,** Special Agent in Charge of HSI's Atlanta Field Office, in his official capacity; **SARA JONES,** Special Agent in Charge of FBI's Mobile Office, in her official capacity; **BRIAN ACUNA,** Acting Director of ICE's New Orleans Field Office, in his official capacity; **ADAM M. CALDERON,** Chief Patrol Agent for CBP's New Orleans Sector, in his official capacity,<br><br>    **Defendants.** | **Civil Action No. 1:25-cv-00397-JB-C** |

### UNITED STATES' LIMITED NOTICE OF APPEARANCE
### AND MOTION TO STAY THE UNITED STATES' DEADLINES

    The United States of America makes this limited notice of appearance to move to stay its deadlines due to appropriations lapse, as follows

    1.    At the end of the day on September 30, 2025, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The same is true for several other Executive agencies. The Department does not know when funding will be restored by Congress.

2. Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

3. Undersigned counsel for the Department of Justice therefore requests a stay of the Government's deadlines until Congress has restored appropriations to the Department.

4. If this motion for a stay is granted, undersigned counsel will notify the Court within thirty days after Congress has appropriated funds for the Department. The Government requests that, at that point, all current Government deadlines be extended commensurate with the duration of the lapse in appropriations.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

    Respectfully submitted,

    SEAN P. COSTELLO
    UNITED STATES ATTORNEY

By: *s/Victoria O. Todd*
    Victoria O. Todd
    Assistant United States Attorney
    63 S. Royal Street, Suite 600
    Mobile, Alabama 36602
    Telephone: (251) 415-7128
    Victoria.Todd@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that, on November 3, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

                                          *s/Victoria O. Todd*
                                          Victoria O. Todd
                                          Assistant United States Attorney