**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:25-00397-JB-N |
| | ) |
| **TOM HOMAN, et al,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This action is before the Court on Defendants' Motion to Stay Deadlines. (Doc. 33). Plaintiff is **ORDERED** to respond to the Motion not later than **November 17, 2025**. Defendants may file a reply to response not later than **November 24, 2025**. The motion and related documents will be taken under submission on **November 25, 2025.**

**DONE and ORDERED** this 3rd day of November, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE