![USPS Logo]

November 3, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1492 2794 14**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 3, 2025, 10:19 am |
| Location: | WASHINGTON, DC 20528 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | R Gill / R Gill |
| Address of Recipient: | 20528 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**UNITED STATES POSTAL SERVICE**

November 17, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1492 2796 05**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | November 4, 2025, 4:38 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: JUSTICE 20530

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



![USPS Logo](United States Postal Service)

November 3, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 2321 7048 62**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 3, 2025, 10:19 am |
| Location: | WASHINGTON, DC 20528 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 3.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | R Gill / R Gill |
| Address of Recipient: | 20528 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 4, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1492 2795 99**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | November 4, 2025, 4:38 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

### Recipient Signature

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



![USPS Logo](United States Postal Service)

November 3, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1492 2795 82**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 3, 2025, 10:19 am |
| Location: | WASHINGTON, DC 20528 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 3.0oz |

**Recipient Signature**

Signature of Recipient: *R Gill / R Gill*

Address of Recipient: *20528*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**UNITED STATES POSTAL SERVICE**

November 4, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1492 2795 75**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | November 4, 2025, 4:38 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: JUSTICE 20530

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 3, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1492 2795 68**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 3, 2025, 10:19 am |
| Location: | WASHINGTON, DC 20528 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | R Gill / R Gill |
| Address of Recipient: | 20528 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**UNITED STATES POSTAL SERVICE**

November 3, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1492 2795 51**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 3, 2025, 4:23 pm |
| Location: | MOBILE, AL 36602 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 200 N ROYAL ST |
| City, State ZIP Code: | MOBILE, AL 36602-3924 |

**Recipient Signature**

Signature of Recipient: *[signature]*

Address of Recipient: 200 N ROYAL ST, MOBILE, AL 36602

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004





November 3, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1492 2795 44**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 3, 2025, 10:14 am |
| Location: | WASHINGTON, DC 20536 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | R Gill / R Gill |
| Address of Recipient: | 20536 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



![USPS Logo]

November 3, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1492 2795 37**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 3, 2025, 10:18 am |
| Location: | WASHINGTON, DC 20229 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | R Gill / R Gill |
| Address of Recipient: | 20229 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



November 3, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1492 2795 20**.

| Item Details | |
|---|---|
| Status: | Delivered, Front Desk/Reception/Mail Room |
| Status Date / Time: | November 3, 2025, 12:41 pm |
| Location: | FRANKLIN, TN 37067 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 302 INNOVATION DR STE 300 |
| City, State ZIP Code: | FRANKLIN, TN 37067-6016 |

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: 302 INNOVATION DR STE 300, FRANKLIN, TN 37067

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**UNITED STATES POSTAL SERVICE**

November 3, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1492 2795 13**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 3, 2025, 12:35 pm |
| Location: | MOBILE, AL 36602 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 1155 ST JOSEPH ST 201 |
| City, State ZIP Code: | MOBILE, AL 36602-3606 |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | *Mark Aust* *J.S* |
| Address of Recipient: | 155 St Joseph |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004





November 3, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1492 2795 06**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 3, 2025, 10:14 am |
| Location: | WASHINGTON, DC 20536 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

| Recipient Signature | |
|---|---|
| Signature of Recipient: | R Gill / R Gill |
| Address of Recipient: | 20536 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**UNITED STATES POSTAL SERVICE**

November 12, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1492 2794 90**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | November 12, 2025, 4:16 am |
| Location: | WASHINGTON, DC 20500 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 1600 PENNSYLVANIA AVE NW |
| City, State ZIP Code: | WASHINGTON, DC 20500-0005 |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



**UNITED STATES POSTAL SERVICE**

November 4, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number:
**9589 0710 5270 1492 2794 52**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Post Office |
| Status Date / Time: | November 4, 2025, 4:38 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

**Recipient Signature**

Signature of Recipient:

Address of Recipient:

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



![USPS Logo](United States Postal Service)

November 17, 2025

Dear Ashlynn Acosta:

The following is in response to your request for proof of delivery on your item with the tracking number: **9589 0710 5270 1492 2794 76**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | November 3, 2025, 12:20 pm |
| Location: | MOBILE, AL 36602 |
| Postal Product: | Priority Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| | Up to $100 insurance included |

| Shipment Details | |
|---|---|
| Weight: | 1lb, 4.0oz |

### Recipient Signature

Signature of Recipient: *[signature]*

Address of Recipient: 63 S ROYAL ST STE 600, MOBILE, AL 36602

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004

