IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| LEONARDO GARCIA VENEGAS,<br><br>    *Plaintiff*,<br><br>v.<br><br>TOM HOMAN, WHITE HOUSE BORDER CZAR, IN HIS OFFICIAL CAPACITY, ET AL.,<br><br>    *Defendants*. | Case No. 1:25-cv-397-JB-N |

**PLAINTIFF'S NOTICE OF GOVERNMENT REOPENING &
REQUEST FOR BRIEFING SCHEDULE**

Plaintiff Leonardo Garcia Venegas submits this notice to alert the Court that the government shutdown has ended, thereby mooting Defendants' motion to stay (ECF 33). With the shutdown over and appropriations restored, Plaintiff respectfully requests that the Court deny Defendants' stay motion as moot and order Defendants to respond to Plaintiff's pending motions no later than 14 days from this Court's order. *Cf.* Civil L.R. 7(c).

1. Leo filed his complaint in this case on September 30, 2025. ECF 1. Defendants, all of whom are part of the federal government, received paper service of the complaint by certified mail between October 7 and October 14. ECF 17–29.

2. On October 27, Leo filed a motion for preliminary injunction, motion for class certification, and motion for a declarant to proceed pseudonymously. ECF 30–32. Defendants received paper service of these motions on November 3 and November 4.

ECF 36 (notice of service).[1] Pursuant to Civil Local Rule 7(c), Defendants' responses to those motions would have been due 14 days later, on November 18.

2. Rather than file a response to the pending motions, Defendants entered a limited appearance and moved to stay their deadlines on November 3, citing the federal government shutdown as the sole basis for a stay. ECF 33. Leo opposed their motion on November 7. ECF 35. As things stand, Defendants have until November 24 to file a reply in support of their stay motion, ECF 34, and they have indicated that they may take up to 30 days to alert the Court of the government's reopening, ECF 33 at ¶ 4.

3. To ensure the timely adjudication of Plaintiff's pending motions, Leo submits this notice to alert the Court that the government reopened on November 13 and that Defendants' stay motion is now moot. He asks the Court to deny that motion as moot and order Defendants to respond to Plaintiff's pending motions (ECF 30–32) within 14 days of this Court's order.

4. Leo respectfully asks that the Court not extend Defendants' deadline any further. As explained in his opposition to the stay motion and in his motion for preliminary injunction, Defendants' enforcement of the challenged policies poses an imminent threat to the liberty and property rights of Leo and thousands of other American citizens and lawful residents who are just trying to work. Every day that goes by without preliminary relief risks the imminent incursion of further irreparable harm.

---

[1] Although a courtesy copy of the motions did not arrive at the White House until November 12, service on the United States was complete when effected on the Attorney General and U.S. Attorney for this District. *See* Justice Manual, Dep't of Justice § 5-5.124 (Service of Process).

Dated: November 17, 2025.

Respectfully submitted,

/s/ Jared McClain
Jared McClain (DC Bar No. 1720062)*
Jaba Tsitsuashvili (DC Bar No. 1601246)*
Joshua Windham (NC Bar No. 51071)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jmcclain@ij.org
*Pro Hac Vice*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing PLAINTIFF'S NOTICE OF GOVERNMENT REOPENING AND REQUEST FOR BRIEFING SCHEDULE with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Jared McClain
Jared McClain (DC Bar No. 1720062)