## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## MOBILE DIVISION

LEONARDO GARCIA VENEGAS,

    *Plaintiff,*

v.                                                        Case No. 1:25-cv-397-JB-N

TOM HOMAN, WHITE HOUSE BORDER CZAR,
IN HIS OFFICIAL CAPACITY, ET AL.,

    *Defendants.*

### [PROPOSED] ORDER DENYING STAY & SETTING DEADLINES

This action is before the Court on Defendants' Motion to Stay Deadlines. (Doc. 33). With the government shutdown over and appropriations restored, Defendants' motion is **DENIED** as moot.

Defendants are **ORDERED** to respond to Plaintiff's pending Motion for Preliminary Injunction (Doc. 30), Motion for Class Certification (ECF 31), and Motion for a Pseudonymous Witness (ECF 32) no later than December ___, 2025. Plaintiff may file replies to Defendants' responses not later than December ___, 2025.

Oral argument on these motions will be heard on December ___, 2025.

**DONE and ORDERED** this ___ day of November, 2025.

_____
CHIEF UNITED STATES DISTRICT JUDGE

1