IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:25-00397-JB-N |
| | ) |
| **TOM HOMAN, et al,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This matter is before the Court on Plaintiff's Notice of Government Reopening & Request for Briefing Schedule (Doc. 37). Upon due consideration of the filing, the Court agrees Defendants' Motion to Stay Deadlines (Doc. 33) is MOOT. Defendants are **ORDERED** to respond to Plaintiff's Motion for Preliminary Injunction (Doc. 30), Plaintiff's Motion for Class Certification (Doc. 31), and Plaintiff's Motion for Third-Party Declarants to Proceed under a Pseudonym (Doc. 32) not later than **December 3, 2025**. Plaintiff may file a reply to response not later than **December 10, 2025**. The motions and related documents will be taken under submission on **December 11, 2025.**

**DONE and ORDERED** this 19th day of November, 2025.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE