# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,**<br><br>    Plaintiff,<br><br>v.<br><br>**TOM HOMAN**, White House Border Czar, in his official capacity; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **U.S. DEPARTMENT OF JUSTICE**; **KRISTI NOEM**, Secretary of the DHS, in her official capacity; **PAMELA BONDI**, Attorney General, in her official capacity; **STEVE SCHRANK**, Special Agent in Charge of HSI's Atlanta Field Office, in his official capacity; **SARA JONES**, Special Agent in Charge of FBI's Mobile Office, in her official capacity; **BRIAN ACUNA**, Acting Director of ICE's New Orleans Field Office, in his official capacity; **ADAM M. CALDERON**, Chief Patrol Agent for CBP's New Orleans Sector, in his official capacity,<br><br>    Defendants. | **Civil Action No. 1:25-cv-00397-JB-N** |

## THE UNITED STATES' NOTICE OF FUNDING, WITHDRAWAL OF MOTION TO STAY AND OPPOSED MOTION FOR EXTENSION OF TIME

The United States of America notifies the Court that late in the evening on November 12, 2025,[1] the government-wide lapse in appropriations ended. Accordingly, the United States withdraws its pending Motion to Stay [Doc. 33, PageID.418-420]. The United States moves the

---

[1] All subsequent dates fall within 2025.

Court for a **43-day extension** from the date of this filing to Reply to Garcia's pending Motion for Preliminary Injunction [Doc. 30-1, PageID.194-233], Motion for Class Certification [Doc. 31-1, PageID.377-402], and Motion for Third-Party Declarant to Proceed Under a Pseudonym [Doc. 32-1, PageID.407-417], or until **December 31**. Likewise, the United States requests an additional extension to respond to Garcia's Complaint or until **January 30**. In support, the United States shows as follows:

1. On September 30, Garcia filed his Complaint. [Doc. 1, PageID.1-89].

2. At the end of the day on September 30, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed resulting in a government-wide shutdown that lasted an unprecedented 43-days. Therefore, normal government operations ceased as to non-excepted work such as most civil litigation including Garcia's lawsuit.

3. On October 27, Garcia filed a Motion for Preliminary Injunction [Doc. 30-1, PageID.194-233], Motion for Class Certification [Doc. 31-1, PageID.377-402], and Motion for Third-Party Declarant to Proceed Under a Pseudonym. [Doc. 32-1, PageID.407-417].

4. On November 3, undersigned filed a Motion to Stay the United States' Deadlines in Light of Lapse of Appropriations. [Doc. 33, PageID.418-420].

5. The Court set a briefing schedule, Garcia Opposed the United States' Motion to Stay [Doc. 35, PageID.422-431], and the United States reply was due November 24. [Doc. 34, PageID. 421].

6. On November 12, prior to the conclusion of briefing the United States' Motion to Stay, funding was restored to the Department. On November 13, the United States Attorney's Office for the Southern District of Alabama began to resume normal operations related to its

stayed civil litigation.

7. Accordingly, the United States notifies the Court that it withdraws its pending Motion to Stay [Doc. 33, PageID.418-420], which this Court deemed Moot on November 19. [Doc. 38, PageID.453].

8. On November 17, counsel for Garcia filed a Notice of Funding and Request for Briefing Schedule, asking this Court to order the United States to respond to Garcia's pending motions within 14-days of this Court's order setting deadlines. [Doc. 37, PageID.449-451].

9. Undersigned counsel will be on pre-scheduled holiday leave for three days next week and will be unable to coordinate with client agencies to respond to Garcia's pending Motion for Preliminary Injunction [Doc. 30-1, PageID.194-233], Motion for Class Certification [Doc. 31-1, PageID.377-402], and Motion for Third-Party Declarant to Proceed Under a Pseudonym within 14-days. [Doc. 32-1, PageID.407-417].

10. During the 43-day shutdown undersigned was not authorized to conduct civil litigation such as that necessary to defend the United States in this lawsuit. Rather, undersigned was authorized to perform limited activities such as those necessary to engage in orderly shutdown.

11. Undersigned is coordinating with agency counsel for the named federal agencies—some of whom were either entirely or periodically, like undersigned, furloughed during the shutdown and some of whom will be on extended pre-scheduled holiday leave—to coordinate briefing response time which has been impacted by the shutdown as well as by pre-scheduled holiday leave.

12. Accordingly, the United States respectfully requests that this Court Moot it's recently entered Order setting briefing deadlines [Doc. 38, PageID.453], and grant an **opposed**

**43-day extension, or until December 31**, from the date of this filing to Respond to Garcia's pending Motions.

13.     The United States has conferred with counsel for Garcia who politely agreed to a 22-day extension or until December 11. However, the Government has been greatly impacted by the 43-day lapse in appropriations and needs additional time to confer with all of the named Federal Agency defendants to appropriately respond to the pending motions.

14.     Likewise, undersigned communicated with counsel for Garcia regarding its deadline to respond to Garcia's Complaint, and the United States requests for an additional extension, until **January 29,** to respond to the Complaint, is **unopposed**.

WHEREFORE, the United States respectfully requests that this Court grant its Motion and extend the United States' deadlines to respond due to the unprecedented 43-day lapse in appropriations and pre-scheduled holiday leave.

                Respectfully submitted,

                SEAN P. COSTELLO
                UNITED STATES ATTORNEY

      By:   *s/Victoria O. Todd*
             Victoria O. Todd
             Assistant United States Attorney
             63 S. Royal Street, Suite 600
             Mobile, Alabama 36602
             Telephone: (251) 415-7128
             Victoria.Todd@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I certify that, on November 19, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

                                                *s/Victoria O. Todd*
                                                Victoria O. Todd
                                                Assistant United States Attorney