IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,**<br><br>    Plaintiff,<br><br>v.<br><br>**TOM HOMAN**, White House Border Czar, in his official capacity; **U.S. DEPARTMENT OF HOMELAND SECURITY**; **U.S. DEPARTMENT OF JUSTICE**; **KRISTI NOEM**, Secretary of the DHS, in her official capacity; **PAMELA BONDI**, Attorney General, in her official capacity; **STEVE SCHRANK**, Special Agent in Charge of HSI's Atlanta Field Office, in his official capacity; **SARA JONES**, Special Agent in Charge of FBI's Mobile Office, in her official capacity; **BRIAN ACUNA**, Acting Director of ICE's New Orleans Field Office, in his official capacity; **ADAM M. CALDERON**, Chief Patrol Agent for CBP's New Orleans Sector, in his official capacity,<br><br>    Defendants. | Civil Action No. 1:25-cv-00397-JB-C |

**FEDERAL DEFENDANTS' NOTICE OF FILING
EXHIBIT IN SUPPORT OF THEIR OPPOSITIONS TO PLAINTIFF'S MOTION
<u>FOR PRELIMINARY INJUNCTION AND MOTION FOR CLASS CERTIFICATION</u>**

The following exhibit is attached hereto and incorporated as referenced in the Federal Defendants' Oppositions to Plaintiff's Motion for Preliminary Injunction and Motion for Class Certification:

    Exhibit A        Declaration of Philip Lavoie

                      Respectfully submitted,

                      SEAN P. COSTELLO
                      UNITED STATES ATTORNEY

By:  *s/Victoria O. Todd*
      Victoria O. Todd
      Assistant United States Attorney
      63 S. Royal Street, Suite 600
      Mobile, Alabama 36602
      Telephone: (251) 415-7128
      victoria.todd@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 11, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

                      *s/Victoria O. Todd*
                      Victoria O. Todd
                      Assistant United States Attorney