**IN THE UNITED STATES DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,**<br><br>       **Plaintiff,**<br><br>**v.**<br><br>**TOM HOMAN, White House Border Czar, in his official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. DEPARTMENT OF JUSTICE; KRISTI NOEM, Secretary of the DHS, in her official capacity; PAMELA BONDI, Attorney General, in her official capacity; STEVE SCHRANK, Special Agent in Charge of HSI's Atlanta Field Office, in his official capacity; SARA JONES, Special Agent in Charge of FBI's Mobile Office, in her official capacity; BRIAN ACUNA, Acting Director of ICE's New Orleans Field Office, in his official capacity; ADAM M. CALDERON, Chief Patrol Agent for CBP's New Orleans Sector, in his official capacity,**<br><br>       **Defendants.** | **Civil Action No. 1:25-cv-00397-JB-N** |

**<u>NOTICE OF CONVENTIONAL FILING</u>**

The Federal Defendants, by and through the United States Attorney for the Southern District of Alabama, Sean P. Costello, provides the Honorable Court and Plaintiff notice that a thumb drive containing the following exhibit in support of the Federal Defendants' Responses in Opposition to Plaintiff's Motion for Preliminary Injunction and Motion for Class Certification is to be filed conventionally with the Clerk of this Court on December 11, 2025.

Exhibit B          Video 1 – May 21, 2025 encounter. Duration 00:40;

                        Video 2 – May 21, 2025 encounter. Duration 00:42; and

                        Video 3 – May 21, 2025 encounter. Duration 00:18.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By:  *s/Victoria O. Todd*
Victoria O. Todd
Assistant United States Attorney
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 415-7128
victoria.todd@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that on December 11, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send notice to all counsel of record. A copy of the thumb drive containing the Videos Exhibit were hand delivered to the Court and sent by United States Mail to the following Counsel of Record:

Jared McClain
Jaba Tsitsuashvili
Joshua Windham
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, Virginia 22203

*s/Victoria O. Todd*
Victoria O. Todd
Assistant United States Attorney