# DECLARATION OF JARED MCCLAIN

# Exhibit A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**MOBILE DIVISION**

LEONARDO GARCIA VENEGAS,

     *Plaintiff,*

v.

TOM HOMAN, WHITE HOUSE BORDER CZAR,
IN HIS OFFICIAL CAPACITY, ET AL.,

     *Defendants.*

Case No. 1:25-cv-397-JB-C

---

**DECLARATION OF JARED MCCLAIN**

---

I, Jared McClain, do affirm and state as follows:

1.    I am a United States citizen, a resident of Washington D.C., over 18 years old, and competent to make this declaration, which I make voluntarily based on my personal knowledge.

2.    I am an attorney at the Institute for Justice, which represents the Plaintiff Leonardo Garcia Venegas in this case.

3.    On December 18, 2025, I accessed the following webpage and read the text on that page: *Judge orders release of US Border Patrol head Gregory Bovino deposition videos*, Chicago Tribune (via Yahoo!), https://www.yahoo.com/news/articles/judge-orders-release-us-border-173200189.html (Nov. 6, 2025) (paraphrasing Chief Border Patrol Agent Bovino's as stating "he reports directly to Homeland Security Secretary Kristi Noem").

1

4.     On December 18, 2025, I accessed the following webpage and read the text on that page: *The DHS Data Grab Is Putting US Citizens at Risk*, WIRED, https://www.wired.com/story/dhs-data-grab-putting-us-citizens-at-risk/ (Dec. 10, 2025) (quoting DHS spokesperson Tricia McLaughlin responding to the allegations of Plaintiff's lawsuit by stating "DHS law enforcement uses 'reasonable suspicion' to make arrests" and that "[t]he Supreme Court recently vindicated us on this question").

5.     On December 18, 2025, I accessed the following webpage and captured this image: https://x.com/JamesSurowiecki/status/1999522102957703471/photo/1



2

6.      On December 18, 2025, I accessed the following webpage and read the text on that page: *DHS: Gulf Shores High School immigration raid a warning to those who 'exploit illegal labor for profit'*, https://www.al.com/news/mobile/2025/06/dhs-gulf-shores-high-school-immigration-raid-a-warning-to-those-who-exploit-illegal-labor-for-profit.html (June 25, 2025) (noting "Baldwin County has continued to be a hotbed of ICE activity" and quoting ASAC Lavoie as stating that is likely due to the "large amount of construction").

7.      On December 18, 2025, I accessed the following webpage and watched the video there: *Chicago homeowner rips 'FRIGHTENING' immigration raid targeting workers on PRIVATE PROPERTY*, MS NOW, https://www.youtube.com/watch?v=f7NuB33XwqA (Oct. 26, 2025) (homeowner and video depicting entry of private fenced residential property under construction, without consent or a warrant, by federal immigration officers).

8.      On December 18, 2025, I accessed the following webpage and read the text on that page: https://bsky.app/profile/crampell.bsky.social/post/3m7xfbiqsb22h (collecting recent examples of private residential construction site raids by federal immigration officials).

9.      On December 18, 2025, I accessed the following webpage and read the text on that page: *U.S. citizen offered to show I.D. but was arrested by immigration officers in Cedar-Riverside*, Sahan Journal, https://sahanjournal.com/immigration/ice-arrest-cedar-riverside-minneapolis-somali-man/ (Dec. 9, 2025) (summarizing a video as depicting a Somali-American U.S. citizen who "told [federal immigration] officers multiple times that he is a U.S. citizen and asked if he could show them his I.D." but instead "[o]fficers ignored

him, dragged him in the snow and pushed him into a car as witnesses yelled and blew whistles").

10.    On December 18, 2025, I accessed the following webpage and read the text on that page: *ICE officials say job site raids in Huntsville have been 'very successful'*, WAFF 48, https://www.waff.com/2025/06/26/ice-officials-say-job-site-raids-huntsville-have-been-very-successful/ (June 25, 2025) (reporting that "[o]fficials with the Alabama & Georgia division of HSIS, a part of ICE, say job site immigration enforcement has been 'very successful'" after the raid of "a construction site of a high school in Gulf Shores," and that ASAC "Lavoie's superior, Steven Schrank, says that wasn't the first time it's happened in Alabama," including "North Alabama," and further quoting Schrank as stating "[o]ur new administration, beginning right away in January, said we are not going to limit ICE").

11.    On December 18, 2025, I accessed the following webpage and read the text of that page:  *How a US Citizen Was Scanned with ICE's Facial Recognition Tech*, Reveal News, https://revealnews.org/article/how-a-us-citizen-was-scanned-with-ices-facial-recognition-tech/ (Dec. 13, 2025) (reporting the story of a U.S. citizen who was held until ICE used its Mobile Fortify application to confirm his citizenship and quoting U.S. Representative Bennie Thompson's recounting that ICE officials told Congress that they prioritize their application over other evidence of citizenship, like a birth certificate).

12.    On    December    18,    2025,    I    accessed    the    following    webpage

(https://x.com/stephenm/status/1999472952174404023?s=46&t=4zps30BDP5jWEQA

nk9bKlQ), read the text of that page, and captured this image:



13.    On December 18, 2025, I accessed the following webpage and read the text

of that page: *We Found That More Than 170 U.S. Citizens Have Been Held by Immigration*

*Agents.    They've    Been    Kicked,    Dragged    and    Detained    for    Days,* ProPublica,

https://www.propublica.org/article/immigration-dhs-american-citizens-arrested-

detained-against-will/ (Oct. 16, 2025) (reporting that "[t]he government does not track how often immigration officers hold Americans").

14.    On December 18, 2025, I accessed the following webpage (https://x.com/dhsgov/status/2000979658179752224?s=42), read the text of that page, and captured this image:



15.    On December 18, 2025, I accessed the following webpage (https://x.com/dhsgov/status/2001299792538800453?s=46&t=4zps30BDP5jWEQAnk 9bKlQ), read the text of that page, and captured this image:



16.    On December 18, 2025, I accessed the following webpage (https://www.youtube.com/live/lO-2YVvYFDM?si=ZjqWImpOcXMYRMMC)    and reviewed the video of George Retes' arrest.

17.    I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 18, 2025.



Jared McClain

7