**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOM HOMAN, et al.,**<br><br>**Defendants.** | **Civil Action No. 1:25-cv-00397-JB-N** |

# THE UNITED STATES' NOTICE OF FILING EXHIBITS IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS PLAINTIFF'S PLACEHOLDER FTCA CLAIMS

The following exhibits are attached hereto and incorporated as referenced in the United States' Partial Motion to Dismiss Plaintiff's Placeholder FTCA Claims:

| | |
|---|---|
| Exhibit A | ICE SF-95 |
| Exhibit B | HSI SF-95 |
| Exhibit C | ERO SF-95 |
| Exhibit D | DHS SF-95 |
| Exhibit E | ATF SF-95 and Form Submission Letter |
| Exhibit F | CBP SF-95 and Form Submission Letter |
| Exhibit G | FBI SF-95 and Form Submission Letter |
| Exhibit H | Declaration of Jose Javier Santos Mimoso, Senior Associate Counsel for the United States Marshals Service |

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: *s/Victoria O. Todd*
Victoria O. Todd
Assistant United States Attorney
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 415-7128
victoria.todd@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on January 29, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

*s/Victoria O. Todd*
Victoria O. Todd
Assistant United States Attorney