# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS**, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 1:25-cv-00397-JB |
| ) | |
| v. ) | |
| ) | |
| **TOM HOMAN, et al.**, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DECLARATION OF JOSE JAVIER SANTOS MIMOSO,
SENIOR ASSOCIATE GENERAL COUNSEL
FOR THE UNITED STATES MARSHALS SERVICE**

I, Jose Javier Santos Mimoso, make the following declaration in lieu of an affidavit as permitted by Section 1746 of Title 28 of the United States Code. I am aware that this declaration will be filed with the United States District Court for the Southern District of Alabama and that it is the legal equivalent of a statement under oath.

1. I am a Senior Associate General Counsel for the United States Marshals Service ("USMS"), Department of Justice, Arlington, Virginia, and I am responsible for overseeing the administrative tort claims received by this office.

2. The Office of General Counsel ("OGC") is the custodian of agency records relating to the filing, evaluation, and disposition of administrative claims presented to the USMS under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 1346(b)(1), 28 U.S.C. §§ 2671-2680. The FTCA is the exclusive administrative procedure for submitting tort claims to the USMS. All administrative tort claims that allege activities by the USMS or its employees are forwarded to the OGC to investigate and adjudicate the claims.

3. As a routine business practice, the OGC maintains a record of each administrative claim received by the USMS. The claims are indexed by claimant. The OGC also maintains a record of correspondence sent by the USMS to claimants, and vice versa, related to the claim.

4. I have reviewed the Complaint filed by the Plaintiff, Leonardo Garcia Venegas, on September 30, 2025, in the United States District Court for the Southern District of Alabama under Case No. 1:25-cv-00397.

5. On January 15, 2026, a thorough search of all available administrative claim records of OGC was conducted to determine whether an administrative tort claim was presented to the USMS by or on behalf of Leonard Garcia Venegas, arising out of the incidents described in his Complaint.

6. The search was conducted with different derivations of the Plaintiff's name. That is, the search was conducted for "Leonardo Garcia," "Leonardo Garcia Venegas," and "Leonardo Venegas."

7. The search revealed no record of the receipt by the USMS of an administrative tort claim under any of those names.

8. I make this declaration based on the information available to me in USMS databases and records.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 16, 2026.

JOSE SANTOS MIMOSO
Digitally signed by JOSE SANTOS MIMOSO
Date: 2026.01.16 13:13:41 -05'00'

JOSE JAVIER SANTOS MIMOSO

2