IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,** | |
| Plaintiff, | |
| v. | Civil Action No. 1:25-cv-00397-JB-N |
| **TOM HOMAN, et al.,** | |
| Defendants. | |

**FEDERAL DEFENDANTS' NOTICE OF FILING EXHIBITS
IN SUPPORT OF ITS PARTIAL MOTION TO DISMISS PLAINTIFF'S APA CLAIMS**

The following exhibits are attached hereto and incorporated as referenced in the Federal Defendants' Partial Motion to Dismiss Plaintiff's APA Claims:

| | |
|---|---|
| Exhibit A | Declaration of FBI Supervisory Special Agent Parker Still |
| Exhibit B | Declaration of USMS- SDAL Supervisory Deputy Sean Carney |
| Exhibit C | Declaration of ATF Special Agent Kenneth Fos |

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: *s/Victoria O. Todd*
Victoria O. Todd
Assistant United States Attorney
63 S. Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 415-7128
victoria.todd@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on January 29, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

                                               *s/Victoria O. Todd*
                                               Victoria O. Todd
                                               Assistant United States Attorney