**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO. 1:25-00397-JB-N** |
| | ) |
| **TOM HOMAN, et al,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This action is before the Court on Defendant United States' Partial Motion to Dismiss (Doc. 55) and Federal Defendants' Partial Motion to Dismiss (Doc. 57). Plaintiff is **ORDERED** to respond to the Motions not later than **February 13, 2026**. Defendants may file a reply to responses not later than **February 20, 2026**. The motions and related documents will be taken under submission on **February 20, 2026.**

**DONE and ORDERED** this 30th day of January, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE