IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION

| | |
|---|---|
| LEONARDO GARCIA VENEGAS,<br><br>    *Plaintiff*,<br><br>v.<br><br>TOM HOMAN, WHITE HOUSE BORDER CZAR, IN HIS OFFICIAL CAPACITY, ET AL.,<br><br>    *Defendants*. | Case No. 1:25-cv-397-JB-C |

### DECLARATION OF ASHLYNN ACOSTA

I, Ashlynn Acosta, do affirm and state as follows:

1. I am a United States citizen, a resident of Austin, Texas, over 18 years old, and competent to make this declaration, which I make voluntarily based on my personal knowledge.

2. I am a paralegal at the Institute for Justice, which represents the Plaintiff Leonardo Garcia Venegas in this case.

3. On September 30, 2025, I received completed and signed copies of Leo's SF-95 forms for the following agencies:

- Department of Homeland Security (DHS),
- Immigration & Customs Enforcement (ICE),
- Homeland Security Investigations (HSI),
- Enforcement & Removal Operations (ERO),
- Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF),

1

- United States Marshals Service,

- Customs & Border Protection (CBP),

- Federal Bureau of Investigation (FBI),

- Drug Enforcement Agency (DEA), and

- Internal Revenue Service (IRS).

4.     On October 2, 2025, I emailed Leo's completed and signed SF-95 form to the Department of Homeland Security (DHS) at OPLA-DCLD-TortClaims@ice.dhs.gov, which I found by accessing U.S. Department of Homeland Security's website at the following link: https://www.ice.gov/about-ice/opla/ftca.

5.     On October 2, 2025, I emailed Leo's completed and signed SF-95 form to the Immigration & Customs Enforcement (ICE) at OPLA-DCLD-TortClaims@ice.dhs.gov, which I found by accessing U.S. Department of Homeland Security's website at the following link: https://www.ice.gov/about-ice/opla/ftca.

6.     On October 2, 2025, I emailed Leo's completed and signed SF-95 form to Homeland Security Investigations (HSI) at OPLA-DCLD-TortClaims@ice.dhs.gov, which I found by accessing U.S. Department of Homeland Security's website at the following link: https://www.ice.gov/about-ice/opla/ftca.

7.     On October 2, 2025, I emailed Leo's completed and signed SF-95 form to Enforcement & Removal Operations (ERO) at OPLA-DCLD-TortClaims@ice.dhs.gov, which I found by accessing U.S. Department of Homeland Security's website at the following link: https://www.ice.gov/about-ice/opla/ftca.

8.     On October 2, 2025, I emailed Leo's completed and signed SF-95 form to the Bureau of Alcohol, Tobacco, Firearms, & Explosives (ATF) at via SF95@atf.gov, which I found by accessing ATF's website at the following link: https://www.atf.gov/questions-and-answers/qa/how-do-i-file-claim-personal-injury-or-property-damageloss-caused-atf. When I submitted the form via email, I received a reply stating that due to a lapse of appropriations, the email box was not being monitored and I could mail the FTCA claim to the Bureau of Alcohol, Tobacco, Firearms and Explosives, Office of Chief Counsel, Attn: Litigation Division, 99 New York Ave. NE Room 5E310, Washington, DC 20226, which I did, as notated below. The original webpage link, provided on the ATF website, to direct email submissions of FTCA claims no longer appears to function and instead states that the webpage cannot be found.

9.     On October 2, 2025, I emailed Leo's completed and signed SF-95 form to the United States Marshals Service at USMSTORTClaims@usdoj.gov, which I found by accessing USMS's website at the following link: https://www.usmarshals.gov/sites/default/files/media/document/tort-claim-submission-intructions_0.pdf. Attached as Exhibit A is a true and correct copy of the email to USMS, and attached as Exhibit B is a true and correct copy of a PDF downloaded from the foregoing webpage.

10.    On October 2, 2025, I mailed Leo's completed and signed SF-95 form to Customs & Border Protection (CBP) (via CBP Mobile Office, 150 N. Royal St., Ste. 3004, Mobile, AL 366022 and via Certified Mail).

3

11.     On October 2, 2025, I mailed Leo's completed and signed SF-95 form to the Federal Bureau of Investigation (FBI) (via FBI Office of General Counsel, 935 Pennsylvania Ave. NW, Washington, DC 20535-0001 and via Certified Mail).

12.     On October 2, 2025, I mailed Leo's completed and signed SF-95 form to the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), (via Office of Chief Counsel, Attn: Litigation Division, 99 New York Ave. NE Room 5E310 Washington, DC 20226 and via Certified Mail).

13.     On October 2, 2025, I mailed Leo's completed and signed SF-95 form to the Drug Enforcement Agency (via DEA Counsel at 8701 Morrissette Dr. Springfield, Virginia 22152 and via Certified Mail).

14.     On October 2, 2025, I mailed Leo's completed and signed SF-95 form to the Internal Revenue Service (IRS) (via IRS General Legal Services, 1111 Constitution Ave. NW, Room 6404, Washington, DC 20224 and via Certified Mail).

15.     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed February 18, 2026.

_____
Ashlynn Acosta

# Exhibit A

| | |
|---|---|
| **From:** | Ashlynn Acosta |
| **To:** | USMSTORTClaims@usdoj.gov |
| **Cc:** | Jared McClain; Jaba Tsitsuashvili; Joshua Windham |
| **Subject:** | SF-95 Form Submission- Leonardo Venegas- US Marshals Service |
| **Date:** | Thursday, October 2, 2025 9:47:57 AM |
| **Attachments:** | US Marshals Service- 1st Arrest.pdf |
| | image003.png |
| | US Marshals Service- 2nd Arrest.pdf |
| | Attachment to SF-95 L. Venegas - 1st Arrest.pdf |
| | Attachment to SF-95 L. Venegas - 2nd Arrest.pdf |

To whom it may concern,

Please see attached SF-95 forms for two separate arrests, accompanying documents, and representation authorization, submitted on behalf of Mr. Leonardo Garcia Venegas. Please confirm receipt, and please contact me and the copied attorneys above, if we can be of any further assistance.

Thank you,

**Ashlynn Acosta**

*Paralegal*

INSTITUTE FOR JUSTICE

816 Congress Avenue, Suite 970
 Austin, TX 78701 |512.480.5936 x709



# Exhibit B

**INSTRUCTIONS FOR SUBMITTING AN ADMINISTRATIVE TORT CLAIM WITH THE UNITED STATES MARSHALS SERVICE**

NOTE: **The United States Marshals Service is only responsible for adjudicating claims that allege the involvement of the United States Marshals Service.** If you are alleging injury by an agency that is not the United States Marshals Service, you must submit your claim to the agency that you claim caused your injury.

In order to complete your claim with the United States Marshals Service, you must complete all blocks of the attached Standard Form (SF) 95, Claim for Damage, Injury, or Death and sign the form. If you have an email address where you can receive communications about your claim, please include it on your form. You must also submit the following information pursuant to 28 C.F.R. § 14.4:

1. If a claim is being made for personal injuries (motor vehicle accidents and other non-prisoner injury):

    a. Physician(s) reports setting forth the nature and extent of your injury; the nature and extent of your treatment; the degree of any temporary or permanent disability; your prognosis; period of any hospitalization; and any diminished earning capacity.
    b. Itemized bills or paid receipts for medical and hospital expenses incurred.
    c. If you are claiming lost wages, a written statement from your employer on company letterhead itemizing the number of hours absent from employment due to the alleged injury, the amount of wages/salary lost for each hour, and the total amount of wages/salary claimed.

2. If a claim is being made for property damage:

    a. Proof of real property, personal property, or vehicle ownership (e.g., copy of vehicle registration/title, deed, mortgage documents, property receipts, etc.).
    b. Either two itemized estimates of the cost to repair/replace the property or, if already repaired/replaced, a copy of the itemized paid receipt with proof of payment.
    c. Substantiation of the cost of any other out-pocket-expenses.

3. If a claim is being made for loss of a prisoner's personal property:

    a. Copies of prisoner personal property receipts from each agency in whose custody you were in (i.e., USMS, BOP, local jail, etc.), up to the time of your alleged loss.
    b. Include in your narration of the circumstances in Block 8 the names of individuals who were involved in, or who had knowledge of, the loss of your personal property.
    c. Include your inmate registration number in Block 2.

4. If a claim is being made for injury while a prisoner:
   a. All available medical documentation to substantiate your claimed injury.
   b. Include in your narration of the circumstances in Block 8 the names of individuals who were involved in, or who had knowledge of, the circumstances surrounding your injury.
   c. Include your inmate registration number in Block 2.

5. If you are being represented by an attorney, you must provide evidence of his or her authority to represent you that includes your signature (e.g., a copy of the signed retainer agreement, etc.). NOTE: There is no provision for attorney fees to be separately awarded under the FTCA. *See, e.g.*, 28 U.S.C. § 2412(a)(1). Attorney fees deducted from the amount awarded to you are limited to no more than 20% of the amount of an administrative settlement or no more than 25% of a judgment or a settlement of suit in litigation. *See* 28 U.S.C. § 2678.

Under the provision of the Federal Tort Claims Act, the Government is afforded six months from the date a completed tort claim is received by this agency to administratively adjudicate the claim before a claimant can institute a civil action [28 U.S.C. § 2675(a)].

Please complete, sign and date the enclosed SF-95. Mail it, along with all required information and available documentation (to include your e-mail address), to:

*(Via U.S. Mail)*
USMS Tort Team
Office of General Counsel, CG-3, 15th Floor
United States Marshals Service
Washington, DC 20530-0001

*(Via FedEx or UPS)*
USMS Tort Team
Office of General Counsel, CG-3, 15th Floor
United States Marshals Service
Landover Operations Center
3601 Pennsy Drive
Landover, MD 20785

In the alternative, you may scan and e-mail your claim form and all documentation to: USMSTORTClaims@usdoj.gov.

You are responsible for notifying the USMS Office of General Counsel of any changes of address after submitting your claim.