**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,** | |
| **Plaintiff,** | |
| **v.** | **Civil Action No. 1:25-cv-00397-JB-N** |
| **TOM HOMAN, et al.,** | |
| **Defendants.** | |

## <u>NOTICE OF SUBSTITUTION OF COUNSEL</u>

S. Gaillard Ladd, Assistant United States Attorney, by and through Sean P. Costello,

United States Attorney for the Southern District of Alabama, gives notice of his substitution as

counsel of record for United States and Federal Defendants, thereby replacing Assistant United

States Attorney Victoria O. Todd.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: <u>*s/ S. Gaillard Ladd*</u>
S. Gaillard Ladd
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 415-7128
Email: gaillard.ladd@usdoj.gov

**<u>CERTIFICATE OF SERVICE</u>**

I certify that, on March 19, 2026 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ *S. Gaillard Ladd*
S. Gaillard Ladd
Assistant U.S. Attorney

2