**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **CIVIL ACTION NO. 1:25-00397-JB-N** |
| | ) |
| **TOM HOMAN, et al,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

The Court sets all pending motions for hearing before Chief District Judge Jeffrey U. Beaverstock in US Courthouse, Courtroom 4A, 155 St. Joseph Street, Mobile, AL on **May 6, 2026 at 9:30 a.m. (CST).**

**DONE and ORDERED** this 1st day of April, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE