**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) CIVIL ACTION NO. 1:25-00397-JB-N |
| | ) |
| **TOM HOMAN, et al,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This matter is before the Court on the Parties' Joint Motion for Telephone Conference (Doc. 73). Counsel for the parties are ordered to appear by telephone before the undersigned on **April 14, 2026 at 8:30 a.m**. To access the telephone conference, the parties are to use the following numbers:

**CALL IN**              571-353-2301

**ACCESS CODE**       002111703#

At least one attorney of record for each counseled party must participate in the conference.

Conference participants are requested to abstain from using either cell phones or the conference option on landline phones, due to their propensity to disrupt the recording system.

**DONE and ORDERED** this 8th day of April, 2026.

/s/ JEFFREY U. BEAVERSTOCK
UNITED STATES DISTRICT JUDGE

1