**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )    **CIVIL ACTION NO. 1:25-00397-JB-N** |
| | ) |
| **TOM HOMAN, et al,** | ) |
| | ) |
| **Defendants.** | ) |

**ORDER**

This matter is before the Court on Plaintiff's Motion for Third-Party Declarant to Proceed under a Pseudonym (Doc. 32). The Court conducted a hearing on May 6, 2026, at which counsel for Plaintiff and Defendants appeared and argued. Upon due consideration of the filings and the oral arguments of the parties, and for the reasons stated on the record at the hearing, Plaintiff's Motion for Third-Party Declarant to Proceed under a Pseudonym (Doc. 32) is GRANTED by agreement of the Parties.

**DONE and ORDERED** this 6th day of May, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE