**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION**

| | |
|---|---|
| LEONARDO GARCIA VENEGAS,<br><br>    *Plaintiff,*<br><br>v.<br><br>TOM HOMAN, WHITE HOUSE BORDER CZAR,<br>IN HIS OFFICIAL CAPACITY, ET AL.,<br><br>    *Defendants*. | Case No. 1:25-cv-397-JB-N |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

At the recent omnibus hearing, this Court invited the parties to submit supplemental authority on whether plaintiffs in similar cases established Article III standing to enjoin unlawful DHS enforcement policies. As a reminder, Defendants rely chiefly on *City of Los Angeles v. Lyons*, 461 U.S. 95 (1983), to argue that Leo lacks standing,[1] and Leo has already cited several similar cases that reject Defendants' argument[2]:

- *Escobar Molina v. DHS*, 881 F. Supp. 3d 1, 34–35 (D.D.C. 2025) (holding that plaintiffs threatened by unlawful immigration arrests had standing to challenge policy and distinguishing *Lyons*)

- *Creedle v. Miami-Dade County*, 349 F. Supp. 3d 1276, 1289–91 (S.D. Fla. 2018) (holding that plaintiff threatened by unlawful immigration arrests had standing to challenge policy and distinguishing *Lyons*)

- *Fla. Immigrant Coal. v. Uthmeier*, 778 F. Supp. 3d 1315, 1321 (S.D. Fla. 2025) (holding that plaintiffs threatened by unlawful immigration arrests had standing to challenge statute)

---

[1] MTD Br. (ECF 57) at 9 (citing *Lyons*); PI Resp. (ECF 46) at 16–19 (same).
[2] MTD Resp. (ECF 61) at 10–11 (citing *Escobar Molina* and *Creedle*); PI Reply (ECF 48) at 6–8 (same); PI Br. (ECF 30-1) at 27 (citing *Fla. Immigrant Coal.*).

1

Leo has identified six more cases decided since preliminary injunction briefing closed on December 18, 2025, that reject Defendants' *Lyons* argument in factually similar or analogous challenges to unlawful immigration enforcement policies:

- *Reach Cmty. Dev. v. DHS*, 2026 WL 632695, at *11 (D. Or. Mar. 6, 2026) (holding that plaintiffs threatened by unlawful chemical munitions discharges near ICE facility had standing to challenge policy despite *Lyons*)

- *Vasquez Perdomo v. Noem*, 2026 WL 475985, at *9–12 (C.D. Cal. Feb. 19, 2026) (holding that plaintiffs threatened by unlawful immigration stops had standing to challenge policy and distinguishing *Lyons*)

- *M-J-M-A v. Hermosillo*, 2026 WL 562063, at *15–16 (D. Or. Feb. 27, 2026) (holding that plaintiffs threatened by unlawful immigration arrests had standing to challenge policy and distinguishing *Lyons*)

- *Kidd v. Wolf*, 2026 WL 146533, at *2–4 (C.D. Cal. Jan. 20, 2026) (holding that plaintiffs threatened by unlawful immigration knock-and-talks had standing to challenge policy and distinguishing *Lyons*)

- *L.A. Press Club v. Noem*, 2026 WL 103972, at *3–4 (C.D. Cal. Jan. 8, 2026) (holding that plaintiffs threatened by excessive force by federal immigration officers at protests had standing to challenge policy and distinguishing *Lyons*)

- *Tincher v. Noem*, 816 F. Supp. 3d 931, 965–66 (D. Minn. Jan. 16, 2026) (holding that plaintiffs threatened by unlawful stops for observing ICE officers during Operation Metro Surge had standing to challenge policy and distinguishing *Lyons*), *order dissolved on other grounds sub nom. Tincher v. Mullin,* (D. Minn. Apr. 8, 2026) (holding the injunction, which explicitly covered only activity related to Operation Metro Surge, was moot because Operation Metro Surge had ended).

These decisions support Leo's standing arguments and warrant this Court's consideration.

Dated: May 8, 2026.

Respectfully submitted,

*/s/ Jared McClain*
Jared McClain (DC Bar No. 1720062)*
Jaba Tsitsuashvili (DC Bar No. 1601246)*
Joshua Windham (NC Bar No. 51071)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jmcclain@ij.org
*Admitted Pro Hac Vice*

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Jared McClain
Jared McClain (DC Bar No. 1720062)

4