## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

**LEONARDO GARCIA VENEGAS,**

     **Plaintiff,**

**v.**

**TOM HOMAN, et al.,**

     **Defendants.**

**Civil Action No. 1:25-cv-00397-JB-N**

### UNOPPOSED MOTION FOR EXTENSION OF TIME

The United States and Federal Defendants, respectfully move the Court to extend the time for the United States and Federal Defendants to respond to Plaintiff's Motion & Memorandum of Law Seeking Leave to Conduct Limited Discovery Prior to the Rule 26(f) Conference ("Plaintiff's Motion for Discovery") [Doc. 75, PageID.826-835] for a period of 21 days. Plaintiff, Leonardo Garcia Venegas does not oppose this motion. In support, the parties show as follows:

1.     Plaintiff's Motion for Discovery was served on the United States and Federal Defendants via CM/ECF on April 29, 2026. Pursuant to L.R. 7(c), the United States and Federal Defendants response is due no later than fourteen (14) days after service, or by May 13, 2026.

2.     Undersigned counsel has conferred with counsel for the Plaintiff regarding Plaintiff's Motion for Discovery, including discussing the entry of a consent protective order prior to engaging in early discovery. Undersigned counsel has also conferred with counsel for the Plaintiff regarding the scope of Plaintiff's discovery requests.

3.      Given the discussions to date, additional time for the parties to confer regarding the terms of a protective order and the scope of discovery would be beneficial to the discovery process in this case.

4.      Undersigned counsel has spoken with counsel for the Plaintiff regarding this extension and has provided a copy of this motion to Plaintiff. Plaintiff is not opposed to this twenty-one (21) day extension.

WHEREFORE, the United States and Federal Defendants respectfully request that this Court extend the deadline to respond to Plaintiff's Motion for Discovery for a period of twenty-one (21) days.

**FOR PLAINTIFF LEONARDO GARCIA VENEGAS**

**FOR DEFENDANTS**

SEAN P. COSTELLO
UNITED STATES ATTORNEY

*s/Jared McClain (with consent)*
Jared McClain
Jaba Tsitsuashvili
Joshua Windham
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
Telephone: (703) 682-9320
Email: jmcclain@ij.org

*Attorney for Plaintiff*

By: *s/S. Gaillard Ladd*
S. Gaillard Ladd
Assistant United States Attorney
11 North Water Street, Suite 30100
Mobile, Alabama 36602
Telephone: (251) 415-7135
Email: gaillard.ladd@usdoj.gov

*Attorney for the United States*