# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

LEONARDO GARCIA VENEGAS,

     Plaintiff,

v.

TOM HOMAN, et al.,

     Defendants.

Civil Action No. 1:25-cv-00397-JB-N

## MOTION FOR ENTRY OF PROTECTIVE ORDER

The United States moves this Court for entry of a protective order in anticipation of the testimony this Court is prepared to receive regarding Plaintiff's Motion for Preliminary Injunction [Doc. 30] presently set for Wednesday May 27. As grounds in support thereof undersigned counsel states as follows:

1.     Undersigned counsel appeared in this case on March 19, 2026. A draft protective order was provided to Plaintiff's counsel by former counsel on or about December 18, 2025. (Exhibit A, December 18-22 email correspondence). Counsel discussed entry of a proposed protective in additional correspondence through January 8, 2026. (Exhibit B, Email chain ending January 8, 2026).

2.     Undersigned counsel discussed with Plaintiff's counsel the need to finalize a protective order, and on April 28, 2026, formally requested that the parties confer regarding a proposed protective order. (Exhibit C, April 28, 2026, correspondence).

3.     On May 12, 2026, email communication was exchanged between counsel regarding a motion to extend time on Plaintiff's limited discovery request, and a copy of a draft protective

order was again provided to Plaintiff's counsel for their consideration and comment. (Exhibit D, May 12, 2026, email communication). On May 13, 2026, this Court set this matter for a hearing on Article III standing. After that hearing, undersigned counsel asked Plaintiff's counsel about the proposed protective order and both parties agreed to look at a proposed protective order.

4.      On May 22, 2026, undersigned counsel sent another email to Plaintiff's counsel attaching a proposed protective order while highlighting the need for entry of such an order in preparation for this Court's hearing set for Wednesday May 27, 2026. (Exhibit E, May 22, 2026 email). Counsel understood it was a holiday weekend, but requested Plaintiff respond by 11:00am CST on Monday May 25, 2026 so that a motion would not need to be filed. *Id.* As of the filing of this Motion, undersigned counsel has not received a response to the email regarding a protective order.

5.      Pursuant to L.R. 37 and the Fed.R.Civ.P., undersigned counsel represents that he has made multiple good faith efforts to confer or attempt to confer with opposing counsel as set forth hereinabove, and in the attached exhibits, on the dates and times set forth therein, and has been unable to reach an accord regarding the protective order, a proposed copy which is attached hereto as Exhibit F.

WHEREFORE, the above premises considered, the United States respectfully requests the entry of the attached protective order prior to the hearing on Wednesday May 27, 2026, as it is anticipated that the questioning of certain witnesses could implicate law enforcement sensitive information, including means and methods, and may also touch on areas that would be privileged. Alternatively, the United States requests that if a protective order is to be entered at a later date that the Court allow certain portions of the testimony of witnesses to be designated protected, law

enforcement sensitive, or privileged, depending on the nature of the testimony and that such

testimony be limited for dissemination to this action in the Southern District of Alabama.

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: *s/ S. Gaillard Ladd*
S. Gaillard Ladd
Assistant United States Attorney
63 South Royal Street, Suite 600
Mobile, Alabama 36602
Telephone: (251) 415-7128
Email: gaillard.ladd@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on May 25, 2026 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

/s/ *S. Gaillard Ladd*
S. Gaillard Ladd
Assistant U.S. Attorney

3