**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
MOBILE DIVISION**

| | |
|---|---|
| LEONARDO GARCIA VENEGAS, | |
| *Plaintiff,* | |
| v. | Case No. 1:25-cv-397-JB-N |
| TOM HOMAN, WHITE HOUSE BORDER CZAR, IN HIS OFFICIAL CAPACITY, ET AL., | |
| *Defendants.* | |

**PLAINTIFF'S NOTICE OF FILING OF EXHIBITS**

Plaintiff notices that it designates the following exhibits that it anticipates using at the May 27, 2026 Preliminary Injunction Hearing:

1. **Exhibits previously filed in support of Plaintiff's Motion for Preliminary Injunction:**

| Exhibit # | Description |
|---|---|
| A | (Doc 30-2) Exhibit A to Brief in Support of MPI |
| B | (Doc 30-3) Exhibit B to Brief in Support of MPI |
| C | (Doc 30-4) Exhibit C to Brief in Support of MPI |
| D | (Doc 30-5) Exhibit D to Brief in Support of MPI |
| E | (Doc 30-6) Exhibit E to Brief in Support of MPI |

Additionally, Plaintiff expressly reserves the right to use any of the exhibits that it previously filed with the Court.

2. **Exhibits not previously filed with the Court by Plaintiff:**

| Exhibit # | Description |
|---|---|
| 1. | Leo Video #1* |
| 2. | Leo Video #2* |

1

| 3. | Leo Video #3* |
|---|---|
| 4. | Declaration of R.H.D. (Perdomo v. Noem, C.D. Cal. 2:25-cv-05605) |
| 5. | Declaration of Jesus Aristeo Cruz Uitz (Perdomo v. Noem, C.D. Cal. 2:25-cv-05605) |
| 6. | Declaration of F.H.S. (Perdomo v. Noem, C.D. Cal. 2:25-cv-05605) |
| 7. | Declaration of E.C.P. (Perdomo v. Noem, C.D. Cal. 2:25-cv-05605) |
| 8. | Declaration of S.A.R. (Perdomo v. Noem, C.D. Cal. 2:25-cv-05605) |
| 9. | Declaration of Javier Ramirez (Perdomo v. Noem, C.D. Cal. 2:25-cv-05605) |
| 10. | Declaration of Jason Brian Gavidia (Perdomo v. Noem, C.D. Cal. 2:25-cv-05605) |
| 11. | Declaration of Jorge Luis Hernandez Viramontes (Perdomo v. Noem, C.D. Cal. 2:25-cv-05605) |
| 12. | Declaration of Flor Melendrez (Perdomo v. Noem, C.D. Cal. 2:25-cv-05605) |
| 13. | Declaration of Jose Eliseo Escobar Molina (Escobar Molina v. DHS, D.D.C. 1:25-cv-03417) |
| 14. | Declaration of B.S.R. (Escobar Molina v. DHS, D.D.C. 1:25-cv-03417) |
| 15. | Declaration of N.S. (Escobar Molina v. DHS, D.D.C. 1:25-cv-03417) |
| 16. | Declaration of R.S.M. (Escobar Molina v. DHS, D.D.C. 1:25-cv-03417) |
| 17. | Declaration of Antony Doe (Escobar Molina v. DHS, D.D.C. 1:25-cv-03417) |
| 18. | Declaration of M.A.P. (Escobar Molina v. DHS, D.D.C. 1:25-cv-03417) |
| 19. | Declaration of Mateo Doe (Escobar Molina v. DHS, D.D.C. 1:25-cv-03417) |
| 20. | Declaration of Edwin Espinoza Forsith (Escobar Molina v. DHS, D.D.C. 1:25-cv-03417) |
| 21. | Declaration of Harvey Valle Gutierrez (Escobar Molina v. DHS, D.D.C. 1:25-cv-03417) |
| 22. | Declaration of Luis Neri Amado (Escobar Molina v. DHS, D.D.C. 1:25-cv-03417) |
| 23. | Declaration of Roland Doe (Escobar Molina v. DHS, D.D.C. 1:25-cv-03417) |
| 24. | Declaration of C. (Escobar Molina v. DHS, D.D.C. 1:25-cv-03417) |

| 25. | Declaration of Julio Doe (Escobar Molina v. DHS, D.D.C. 1:25-cv-03417) |
|---|---|
| 26. | Declaration of Alejandro Vera Angel (Benitez v. HSS, E.D.N.Y. 2:26-cv-02082) |
| 27. | Declaration of F.R.P. (Benitez v. HSS, E.D.N.Y. 2:26-cv-02082) |
| 28. | Declaration of R.C.R. (Benitez v. HSS, E.D.N.Y. 2:26-cv-02082) |
| 29. | Declaration of Mubashir Khalif Hussen (Hussen v. Noem, D. Minn. 0:26-cv-00324) |
| 30. | Declaration of Julio Cesar Martinez Garcia (Hussen v. Noem, D. Minn. 0:26-cv-00324) |
| 31. | Declaration of Pedro Moreno (Hussen v. Noem, D. Minn. 0:26-cv-00324) |
| 32. | Declaration of Said Osman (Hussen v. Noem, D. Minn. 0:26-cv-00324) |
| 33. | Declaration of Ali Dahir (Hussen v. Noem, D. Minn. 0:26-cv-00324) |
| 34. | Declaration of Rosa (via Crisareli Castillo) (Hussen v. Noem, D. Minn. 0:26-cv-00324) |
| 35. | Identification of Leonardo Garcia Venegas |
| 36. | Identification of Gehovani Alvirde Ruiz |

*Plaintiff provides the Honorable Court and Defendants notice that a thumb drive containing the foregoing video exhibits in support of Plaintiff's Motion for Preliminary Injunction is to be filed conventionally with the Clerk of this Court on May 27, 2026 and via email per Court's instructions.

3

Dated: May 26, 2026.                          Respectfully submitted,

                                        /s/ Jared McClain
                                        Jared McClain (DC Bar No. 1720062)*
                                        Jaba Tsitsuashvili (DC Bar No. 1601246)*
                                        Joshua Windham (NC Bar No. 51071)*
                                        INSTITUTE FOR JUSTICE
                                        901 N. Glebe Road, Suite 900
                                        Arlington, VA 22203
                                        (703) 682-9320
                                        jmcclain@ij.org
                                        *Admitted Pro Hac Vice

                                        Counsel for Plaintiff


## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing PLAINTIFF'S NOTICE OF FILING EXHIBITS with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record. A copy of the thumb drive containing the video exhibits will be hand delivered to the Court and to all attorneys of record.

                                        /s/ Jared McClain
                                        Jared McClain (DC Bar No. 1720062)

4