**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

# Exhibit 1

**Video exhibit filed conventionally with Court**

Filename: Exhibit 1- Leo Video #1