# Exhibit 2

**Video exhibit filed conventionally with Court**

Filename: Exhibit 2- Leo Video #2