# Exhibit 3

**Video exhibit filed conventionally with Court**

Filename: Exhibit 3- Leo Video #3