# Exhibit 5

# EXHIBIT 10

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Telephone: (213) 622-7450
Facsimile: (213) 622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Telephone: (213) 977-5232
Facsimile: (213) 201-7878

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Telephone: (213) 385-2977

*Counsel for Stop/Arrest Plaintiffs*
(*additional counsel information on cont. page*)

*Counsel for All Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER,

        Plaintiffs,

    v.

Kristi NOEM, in her official capacity as Secretary, Department of Homeland

Case No.: 2:25-cv-05605-MEMF-SP

Hon. Maame Ewusi-Mensah Frimpong

**DECLARATION OF JESUS ARISTEO CRUZ UITZ IN SUPPORT OF PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER**

-1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

Defendants.

ANNE LAI (SBN 295394)
alai@law.uci.edu
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL
JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Telephone: (949) 824-9894
Facsimile:  (949) 824-2747

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Telephone: (626) 214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Telephone: (619) 398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Telephone: (212) 763-0883
Facsimile: (212) 564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave Suite 300
Bakersfield, CA 93301
Telephone: (661) 859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Telephone: (310) 279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Telephone: (213) 634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Pro hac vice application forthcoming

**<u>DECLARATION OF JESUS ARISTEO CRUZ UITZ</u>**

I, JESUS ARISTEO CRUZ UITZ, hereby declare:

1. I make this declaration based on my own personal knowledge. If called to testify, I could and would testify competently hereto:

2. I am fifty-one years-old. I was a resident of Inglewood, Los Angeles County, California. I had lived in the United States for more than 30 years. I have never had any criminal convictions. I have four US citizen kids: two daughters who are sixteen and fifteen, and two sons who are ten and five. My sixteen-year-old daughter is diagnosed with anxiety and depression, and when I lived in the U.S. I spent a lot of time taking care of her. I would make sure she took her medication and, at night, I stayed up late with her to hug her to help her calm down.

3. I have been a member of CLEAN since 2020.

4. Before June 2025, I had not had any encounters with immigration or law enforcement. On Sunday, June 8, 2025, I went to work at the Westchester Car Wash, located at 8801 Sepulveda Westway, Los Angeles, where I have been working since 2017. At around 3:30 PM, I noticed six vehicles pull up to the car wash and parked at the entrance. While some vehicles were unmarked, others had green stripes on them that said Border Patrol. The way they pulled up was very fast and intimidating, and I could see that the people inside were wearing masks. There was about two agents per vehicle that came out.

5. Some of the workers at the car wash saw this and ran. The agents chased them and yelled for them to stop. I stayed where I was.

6. One of the people who got out of the vehicles approached me angrily and grabbed my arms. He was wearing green pants and a black vest. His clothes did not have any symbols or letters. He had a pistol. He asked me in Spanish, "Do you have papers?"

7. When I answered him, without saying anything else, began trying to handcuff me.

8. I told him "you're hurting me," and he said "You're not understanding. We're kicking you out."

9. He put handcuffs on me and put me into the backseat of a vehicle. He pushed me into the vehicle which caused me to hit into a metal median into the backseat of the vehicle. He had put

the handcuffs very tight so I asked him to loosen them because they were hurting me; but the officer just ignored me.

10. About a minute later, the agents brought in one of my coworkers. My coworker looked like he had been beaten, he was bleeding from his right knee and his right elbow, and there was dirt all over him. He was also handcuffed. When he complained about pain in his arms and legs, they told him to shut up. I tried to help my coworker feel better and told him everything is going to be ok.

11. I believe that the agents only stopped people who look Latino. Two of my coworkers at the car wash have light skin. One of them is Persian, and the other is from Russia. Neither of them was approached by immigration agents, and they were not arrested with us.

12. Some of the customers that were at the carwash at that time were Black. They were not approached or arrested either.

13. The agents left us in the car for about 25 minutes while they looked for more people. Then, the agents drove me away. Between their initial question to me when they approached me asking whether I had papers, and the time they drove away taking me from the car wash, they had asked me no additional questions. They did not ask me my name, to show any identification, or about my ties to the community. They also did not identify what kind of agents they were or explain why I was being arrested.

14. Later, on the drive, they asked me how long I have lived in the U.S. I told them 35 years. They asked me if I have a criminal record. I told them no.

15. We drove for about 45 minutes and eventually arrived at an immigration processing center, where agents took my information and fingerprints. Once I was processed, immigration agents kept moving me around. It felt like every 12 hours or so they would drive me to a new place. First, they took me to parking lot where they moved us from the car to a van. Then they took us to a detention center in San Bernardino, where they took off my handcuffs. When they took them off, I could not even move my arms because of how tight they were. Then, to an airport in Mojave, and finally we flew to El Paso, Texas. During this period of 2 to 3 days, I was only given frozen burritos as food, and I did not get to shower.

16. At every detention center, I asked if I could use the phone. I wanted to call my family or try to speak to an attorney. But they never let me use the phone. Sometimes they told me the phones were busy. Other times they just said no.

17. At the detention center in El Paso, I met with an immigration agent. He told me he was going to check my records, and he asked if I had any criminal convictions. I told him I don't. He asked if I had kids. I told him I have four U.S. citizen kids. He asked me to tell him the names of my kids. I told him their names.

18. Then he handed me a paper document and told me that if he were me, he would sign this document. He told me it was not to get deported but a voluntary departure. He said if you want to fight, you could spend 8 months in this detention center. If you sign here, you can go free, go to Mexico, fix your papers there, and then come back. He said that was the fastest way to see my kids again.

19. I did not feel like I had a choice. I could not stand being detained in the center, where I did not have a bed, access to my medication or glasses, or nutritious food. There were twenty-two people in my room, so there was barely enough room to sleep. It was also freezing cold in the detention center, and we were only given a plastic blanket. I was also in a lot of pain in my elbow and shoulder from when they pushed me into the car. My hands and wrists also still hurt from the tight handcuffs. The pain I was in was so strong, I could barely get up and move, and I could not sleep. I knew I had to get out of here. I felt like I was not going to make it any longer and the pain was going to get worse.

20. Because I did not have my reading glasses, I could not read the documents he handed me, even when I brought them really close to my face. He said I could just sign and pointed to where to sign. He did not explain what the document said and did not tell me about the consequences of agreeing to voluntary departure. I signed the papers.

21. A day later, on June 13th, I was dropped off at the border in El Paso, Texas and told to walk to the Mexican side. I was given some documents, my phone, and wallet. I have been in Mexico ever since. I want to return to the United States and be reunited with my children soon.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 29, 2025 at Motul, Yucatan, Mexico.

s/ _Jesus Aristeo Cruz Uitz_
Jesus Aristeo Cruz Uitz

**CERTIFICATE OF INTERPRETATION**

I, Diana Sánchez, certify that I am fluent in Spanish and English and that I am competent to interpret between these languages. I further certify that I have read the foregoing to Jesus Aristeo Cruz Uitz in Spanish. I further declare that I am competent to render this interpretation and that I would testify to the same under the penalty of perjury if I were called upon to do so.

Date: June 29, 2025                    _/s/ Diana Sánchez_

Diana Sánchez