# Exhibit 6

# EXHIBIT 3

STACY TOLCHIN (SBN 217431)
*stacy@tolchinimmigration.com*
LAW OFFICES OF STACY TOLCHIN
776 E. Green St., Suite 210
Pasadena, CA 91101
Tel: 213-622-7450; Fax: 213-622-7233

MOHAMMAD TAJSAR (SBN 280152)
*mtajsar@aclusocal.org*
MAYRA JOACHIN (SBN 306065)
*mjoachin@aclusocal.org*
EVA BITRAN (SBN 302081)
*ebitran@aclusocal.org*
DAE KEUN KWON (SBN 313155)
*akwon@aclusocal.org*
OLIVER MA (SBN 354266)
*oma@aclusocal.org*
STEPHANIE PADILLA (SBN 321568)
*spadilla@aclusocal.org*
DIANA SANCHEZ (SBN 338871)
*dianasanchez@aclusocal.org*
ACLU FOUNDATION OF
SOUTHERN CALIFORNIA
1313 West Eighth Street
Los Angeles, CA 90017-4022
Tel: 213-977-5232; Fax: 213-201-7878

*Counsel for Stop/Arrest Plaintiffs*

(*Additional counsel listed on next page*)

MARK ROSENBAUM (SBN 59940)
*mrosenbaum@publiccounsel.org*
REBECCA BROWN (SBN 345805)
*rbrown@publiccounsel.org*
SOPHIA WRENCH (SBN 354416)
*swrench@publiccounsel.org*
RITU MAHAJAN (SBN 252970)
*rmahajan@publiccounsel.org*
GINA AMATO (SBN 215519)
*gamato@publiccounsel.org*
PUBLIC COUNSEL
610 South Ardmore Avenue
Los Angeles, CA 90005
Tel: 213-385-2977

*Counsel for All Plaintiffs*

ANNE LAI (SBN 295394)
*alai@law.uci.edu*
UC IRVINE SCHOOL OF LAW
IMMIGRANT AND RACIAL JUSTICE
SOLIDARITY CLINIC
P.O. Box 5479
Irvine, CA 92616-5479
Tel: 949-824-9894; Fax: 949-824-2747

*Counsel for Stop/Arrest Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Pedro VASQUEZ PERDOMO; Carlos Alexander OSORTO; and Isaac VILLEGAS MOLINA; Jorge HERNANDEZ VIRAMONTES; Jason Brian GAVIDIA; LOS ANGELES WORKER CENTER NETWORK; UNITED FARM WORKERS; COALITION FOR HUMANE IMMIGRANT RIGHTS; IMMIGRANT DEFENDERS LAW CENTER, <br><br> Plaintiffs, <br><br> v. <br><br> Kristi NOEM, in her official capacity as Secretary, Department of Homeland | Case No.: 2:25-cv-05605-MEMF-SP <br><br> **DECLARATION OF F███████** <br><br> **H███████  S████████** <br><br> Hon. Maame Ewusi-Mensah Frimpong |

-1-

Security; Todd M. LYONS, in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement; Rodney S. SCOTT, in his official capacity as Commissioner, U.S. Customs and Border Patrol; Michael W. BANKS, in his official capacity as Chief of U.S. Border Patrol; Kash PATEL, in his official capacity as Director, Federal Bureau of Investigation; Pam BONDI, in her official capacity as U.S. Attorney General; Ernesto SANTACRUZ JR., in his official capacity as Acting Field Office Director for Los Angeles, U.S. Immigration and Customs Enforcement; Eddy WANG, Special Agent in Charge for Los Angeles, Homeland Security Investigations, U.S. Immigration and Customs Enforcement; Gregory K. BOVINO, in his official capacity as Chief Patrol Agent for El Centro Sector of the U.S. Border Patrol; Jeffrey D. STALNAKER, in his official capacity as Acting Chief Patrol Agent, San Diego Sector of the U.S. Border Patrol; Akil DAVIS, in his official capacity as Assistant Director in Charge, Los Angeles Office, Federal Bureau of Investigation; Bilal A. ESSAYLI, in his official capacity as U.S. Attorney for the Central District of California,

   Defendants.

JACOB S. KREILKAMP (SBN 248210)
jacob.kreilkamp@mto.com
JAMIE LUMA (SBN 331610)
jamie.luma@mto.com
SARA H. WORTH (SBN 341088)
sara.worth@mto.com
HENRY D. SHREFFLER (SBN 343388)
henry.shreffler@mto.com
MAGGIE BUSHELL (SBN 354048)
maggie.bushell@mto.com
KYLE A. GROVES (SBN 358085)
kyle.groves@mto.com
MUNGER, TOLLES & OLSON LLP
350 S. Grand Ave., 50th Floor
Los Angeles, CA 90071
Tel: 213-683-9100; Fax: 213-683-9100

*Counsel for Stop/Arrest Plaintiffs*

LAUREN MICHEL WILFONG*
lwilfong@ndlon.org
NATIONAL DAY LABORER
ORGANIZING NETWORK
1030 S. Arroyo Parkway, Suite 106
Pasadena, CA 91105
Tel: 626-214-5689

*Counsel for Stop/Arrest Plaintiffs*

BREE BERNWANGER (SBN 331731)
bbernwanger@aclunc.org
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION OF
NORTHERN CALIFORNIA
39 Drumm Street
San Francisco, CA 94111
Tel: 415-621-2493

*Counsel for Stop/Arrest Plaintiffs*

BRISA VELAZQUEZ OATIS
(SBN 339132)
bvoatis@aclu-sdic.org
ACLU FOUNDATION OF
SAN DIEGO & IMPERIAL
COUNTIES
P.O. Box 87131
San Diego, CA 92138-7131
Tel: 619-398-4199

*Counsel for Stop/Arrest Plaintiffs*

MATTHEW J. CRAIG (SBN 350030)
mcraig@heckerfink.com
MACK E. JENKINS (SBN 242101)
mjenkins@heckerfink.com
HECKER FINK LLP
1150 South Olive Street, Suite 10-140
Los Angeles, CA 90015
Tel: 212-763-0883; Fax: 212-564-0883

*Counsel for Access/Conditions Plaintiffs*

EDGAR AGUILASOCHO
(SBN 285567)
eaguilasocho@farmworkerlaw.com
MARTINEZ AGUILASOCHO LAW, INC.
900 Truxtun Ave, Suite 300
Bakersfield, CA 93301
Tel: 661-859-1174

*Counsel for Plaintiff United Farm Workers*

CARL BERGQUIST*
cbergquist@chirla.org
COALITION FOR HUMANE
IMMIGRANT RIGHTS
2351 Hempstead Road
Ottawa Hills, OH 43606
Tel: 310-279-6025

*Counsel for Plaintiff Coalition for Humane Immigrant Rights*

ALVARO M. HUERTA (SBN 274787)
ahuerta@immdef.org
BRYNNA BOLT (SBN 339378)
bbolt@immdef.org
ALISON STEFFEL (SBN 346370)
asteffel@immdef.org
IMMIGRANT DEFENDERS LAW
CENTER
634 S. Spring St., 10th Floor
Los Angeles, CA 90014
Tel: 213-634-0999

*Counsel for Plaintiff Immigrant Defenders Law Center*

* Admitted pro hac vice

**DECLARATION OF F█████████ H█████████ S████████**

I, F█████████ H█████████ S████████ hereby declare:

1. I make this declaration based on my own personal knowledge. If called to testify, I could and would testify competently hereto:

2. I am a 54-year-old resident of San Bernardino in San Bernardino County, California. I have three children who are both U.S. citizens who depend on me. I work as a food vendor selling oranges.

3. On the morning of June 12, 2025, I was selling oranges like usual near a grocery store in San Bernardino. It was almost time to go home so I, along with 3 other male workers, started packing up to go home for the day. In that moment, we saw a black car pull up and the driver had a full face cover on. He stared at us intently. I thought it was strange because it was so hot.

4. We got in the car and as we were pulling out of the parking lot, another car came in with a driver who also had his face completely covered. Within 30 seconds of us pulling out of the parking lot, we were stopped by the first car we had seen. There were other people in the parking lot, but I do not believe they were stopped.

5. The cars blocked our path so that we would not be able to continue driving. We were scared because we didn't know who was stopping us and why. There was no indication on the cars that it was immigration agents blocking our path. The men with masks got out of the cars and told us to come out. I began to take video with my phone because I was scared.

6. As I was exiting the vehicle and videotaping with my phone, one agent kicked his leg out in front of mine to trip me. Immediately, another agent came and shoved me with his leg onto a wooden fence causing me to hit my face into it. I asked them why they were so aggressive. I tried to get up, and the first agent grabbed the back of my head and pushed it into the grass. The second agent proceeded to put his knee on my back while on the floor, causing me to be unable to breathe. He did this as he twisted my arm behind my back. I was desperately

1

DECLARATION OF F█████████ H█████████ S████████

trying to lift my face off the ground to breathe. I guess the officer thought I was fighting back or trying to hurt him, because he called me a "b*tch" and said I was trying to bite him. They eventually handcuffed me on the ground. It was at this point that I realized I no longer had my phone.

7. At no point did an agent identify themselves. No words were spoken from the time I began to exit the car to when I was handcuffed. I was not asked for my identification or any questions about my legal status. When I asked them why this was happening, no one answered.

8. An unmarked car came to pick me up. I did not want to go inside. The agent told me that if I did not go inside the car they would release gas into my face. I was scared so I got in the car.

9. Once in the car, I asked them why they had treated me this way. I had not resisted or even tried to run away. My face was bleeding, full of bruises from the brutal manner they had treated me. The second agent refused to answer and told me to "shut up b*tch". He put the music in the car at full volume to drown out my voice.

10. I was taken in an unmarked car to the San Bernardino processing center. When I got there, I asked the officers where my phone was. They reported they did not have my phone. When I told them my phone had been taken, they realized they did not know who had detained me so they could not backtrack who may have it. Within their own system, they did not know who had detained me.

11. I was taken to the Adelanto ICE processing center, where I am still detained today. When I first got here, I was designated as a "red" detainee. I could not understand why. During therapy sessions, I figured it was because of how I had been arrested.

12. Since being here, I've found out that other people that were detained were not treated in the brutal manner that I was. It is extremely humiliating to think about what was done to me and how I was treated. I still do not understand why I

2

DECLARATION OF ██████ H███████ S█████████

was treated in that manner.

13. I have two adult children and one 14-year-old son who has been diagnosed with autism. They rely on me for everything. My husband cannot take care of our son alone, as he has suffered a total of 3 strokes and cannot work. I have worked all my life for my family and just want to be given the opportunity to continue to care for them. I did not deserve the way I was treated.

3

DECLARATION OF ████████ H████████ S████████

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at Adelanto, California on July 22, 2025.



4

DECLARATION OF █████ H█████ S█████

CERTIFICATE OF TRANSLATION

I, Julissa Colindres, am competent to translate from Spanish to English, and certify that the attached document is an accurate translation of what was verbally stated to me in Spanish by Ms. H██████ S██████████

Translated on July 22, 2025 in Adelanto, California.

Julissa Colindres, Esq.