# Exhibit 30

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| MUBASHIR KHALIF HUSSEN, MAHAMED EYDARUS, and JAVIER DOE *on behalf of themselves and others similarly situated,* | Case No. 0:26-CV-00324-ECT-ECW |
| Plaintiffs, | |
| v. | **DECLARATION OF JULIO CESAR MARTINEZ GARCIA** |
| KRISTI NOEM, *in her official capacity as Secretary of the U.S. Department of Homeland Security*; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, *in his official capacity as Acting Director of U.S. Immigration and Customs Enforcement*; DAVID EASTERWOOD, *in his official capacity as U.S. Immigration and Customs Enforcement Field Office Director for St. Paul, Minnesota*; U.S. CUSTOMS AND BORDER PROTECTION; RODNEY S. SCOTT, *in his official capacity as Commissioner of U.S. Customs and Border Protection*; U.S. BORDER PATROL; MICHAEL W. BANKS, *in his official capacity as Chief of U.S. Border Patrol*; and GREGORY BOVINO, *in his official capacity as Commander-at-Large of U.S. Border Patrol*, | |
| Defendants. | |

## DECLARATION OF JULIO CESAR MARTINEZ GARCIA

I, Julio Cesar Martinez Garcia, pursuant to 28 U.S.C § 1746, declare as follows:

1.      My name is Julio Cesar Martinez Garcia. I am a citizen of the United States.  I live in Bloomington, MN.

2.      I currently am self-employed. My company does all kinds of work, including cleaning and property removal

3.      I have possessed a United States passport that was issued on August 3, 2022 and it does not expire until August 2, 2032. I also have a valid Minnesota driver's license.

4.      During the week of January 5, I decided to update my driver's license to get one that included the REAL ID version because of all the actions of ICE in the Twin Cities. I got the paperwork done and am awaiting the REAL ID to be mailed to me.

5.      On January 9, 2025, I was working on a house 5301 Emerson, in Brooklyn Center.

6.      I went out to the driveway in front of the garage which is located by the alley to move my work truck.

7.      Immigration agents, perhaps from border patrol because the vests said border patrol, in two SUVs drove past the house and saw me. They did a U-turn and came back. Two agents came out of the first car and approached me.

8.      They first thing they asked me was where I was born. I told them I am a USC. They ignored that and again asked where I was born. I repeated that I was a USC. The men came very close to me, again asking where I was born.

9.      I showed them the paperwork I had gotten to get my REAL ID a few days before. I also showed them my driver's license. They said the REAL ID papers were fake.

10.      They said the driver's license didn't prove anything and they arrested me. They put me in one of the SUVs. A bluish Nissan Pathfinder with plates LXH3532, from New York.

11.      There were three people in the SUV with me.

12.      I told them again that I was a USC. A man in the front seat turned around and seemed to take a picture of my face with his phone. I believe he was using facial recognition software. He told me I was not a US citizen and that I was born in Mexico City. He told me I was under arrest. They put handcuffs on me.

96763000.1

13.    I repeated that I was a US Citizen, and I tried to show a picture of my passport from my phone. Instead, they just took my phone without letting me show the picture.

14.    They drove me around for probably 30 mins until a different agent met up with them. He used facial recognition with another system and it confirmed I was a citizen.

15.    They then let me go.

16.    I believe that I was stopped and arrested because of the color of my skin, my appearance.

17.    Even though I am a United States citizen and I was carrying proof of my citizenship with me, ICE agents still arrested me. They never provided me a reasonable opportunity to prove my citizenship.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date:    Jan 15, 2026

Julio Cesar Martinez Garcia (Jan 15, 2026 20:12:19 CST)

Julio Cesar Martinez Garcia

2

96763000.1