PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION

# Exhibit 36





If found, drop in any US Mailbox. **USPS: Mail to USCIS, 7 Product Way, Lees Summit, MO 64002**

```
C1USA2051190994IOE0603265070<<
2805186M2809182MEX<<<<<<<<<<<3
ALVIDGE<RUIZ<<GEHOVANI<<<<<<<<
```