**PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

# Corrected Exhibit 36





If found, drop in any US Mailbox. **USPS: Mail to USCIS, 7 Product Way, Lees Summit, MO 64002**

C1USA2051190994IOE0603265070<<

2805186M2809182MEX<<<<<<<<<<<3

ALVIDGE<RUIZ<<GEHOVANI<<<<<<<<