**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LEONARDO GARCIA VENEGAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:25-00397-JB-N** |
| | ) | |
| **TOM HOMAN, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This matter is before the Court on Plaintiff's Motion to Certify Class (Doc. 31) and Defendants' Partial Motion to Dismiss Plaintiff's APA Claims (Doc. 57). The Court conducted a hearing on September 2, 2026, at which counsel for Plaintiff and Defendants appeared and argued. Upon due consideration of the filings and the oral arguments of the parties, and for the reasons stated on the record at the hearing, Plaintiff's Motion to Certify Class (Doc. 31) is GRANTED in part, to the extent it seeks conditional certification and Defendants' Partial Motion to Dismiss Plaintiff's APA Claims (Doc. 57) is DENIED.

**DONE and ORDERED** this 21st day of September, 2026.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE