**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **LEONARDO GARCIA VENEGAS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. 1:25-00397-JB-N** |
| | ) | |
| **TOM HOMAN, *White House Border Czar, in his official capacity, et al.*,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE**

The parties have filed a report of their planning meeting held under Federal Rule of Civil Procedure 26(f) (Doc# 108).[1] Although the parties do not request a conference with the Court before entry of a Federal Rule of Civil Procedure 16(b) scheduling order, it is the undersigned's belief that bringing the parties and the Court together at this stage promotes efficiency in the litigation process, helps avoid discovery disputes, provides a clearer path to pretrial resolution, and allows counsel to pose questions to the Court. *See* Fed. R. Civ. P. 16(b)(1) (providing that the district court must issue a scheduling order "after receiving the parties' report under Rule 26(f); **or** []after consulting with the parties' attorneys and any unrepresented parties at a scheduling conference" (emphasis added)); S.D. Ala. CivLR 16(a)(1) (permitting

[1] The assigned District Judge has referred the parties' planning report to the undersigned Magistrate Judge for entry of a scheduling order and appropriate related action. *See* S.D. Ala. GenLR 72(a)(2)(S) & (b); (10/5/2026 electronic reference notation).

judges of this district to "require the parties to appear [at preliminary pretrial conferences] to consider the future conduct of the case").

Accordingly, this civil action shall come before the undersigned Magistrate Judge for a telephonic scheduling conference under Federal Rule of Civil Procedure 16(b) and S.D. Ala. Civil Local Rule 16(a) on **OCTOBER 23, 2026**, beginning at **10:30 A.M. (Central)**. Participants are to use the following numbers to access the telephonic conference:

**CALL-IN #** **571-353-2301**

**GUEST ID #** **002111802#**

At least one attorney of record for each party must participate in the scheduling conference. *Pro se* parties, if any, must participate personally. A party or attorney who fails to appear, is substantially unprepared to participate, or does not participate in good faith may be subject to sanctions as permitted by Federal Rule of Civil Procedure 16(f).

**DONE** and **ORDERED** this the **6th** day of **October 2026**.

*/s/ Katherine P. Nelson*
**KATHERINE P. NELSON**
**UNITED STATES MAGISTRATE JUDGE**