AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

| | | |
|---|---|---|
| Leonardo Garcia Venegas, | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:25-00397-JB-N |
| TOM HOMAN, White House Border Czar, in his official capacity; et al., | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Kent Blacklidge, HSI Special Agent, in his individual capacity;
c/o S. Gaillard Ladd
Assistant United States Attorney
Southern District of Alabama
11 North Water Street, Suite 30100
Mobile, Alabama 36602; via email

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jared McClain, Joshua Windham, Jaba Tsitsuashvili
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
jmcclain@ij.org, jwindham@ij.org, jtsitsuashvili@ij.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHRISTOPHER EKMAN
*CLERK OF COURT*

UNITED STATES DISTRICT COURT · SOUTHERN DISTRICT OF ALABAMA

Date: 10/23/2026

Joel Rogers
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-00397-JB-N

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* ____________ .

❒ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* ____________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ____________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* ____________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ____________
____________________ on *(date)* ____________ ; or

❒ I returned the summons unexecuted because ____________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ____________ ____________________

*Server's signature*

____________________

*Printed name and title*

____________________

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

| | |
|---|---|
| Leonardo Garcia Venegas, <br> *Plaintiff(s)* <br> v. <br> TOM HOMAN, White House Border Czar, in his official capacity; et al., <br> *Defendant(s)* | Civil Action No. 1:25-00397-JB-N |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Joshua Woodruff, HSI Special Agent, in his individual capacity;
c/o S. Gaillard Ladd
Assistant United States Attorney
Southern District of Alabama
11 North Water Street, Suite 30100
Mobile, Alabama 36602; via email

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Jared McClain, Joshua Windham, Jaba Tsitsuashvili
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
jmcclain@ij.org, jwindham@ij.org, jtsitsuashvili@ij.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHRISTOPHER EKMAN
*CLERK OF COURT*

Date: 10/23/2026

Joel Rogers
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-00397-JB-N

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

| | | |
|---|---|---|
| Leonardo Garcia Venegas,<br><br>*Plaintiff(s)*<br>v.<br>TOM HOMAN, White House Border Czar, in his official capacity; et al.,<br><br>*Defendant(s)* | ) | Civil Action No. 1:25-00397-JB-N |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Benjamin Prater, ERO Deportation Officer, in his individual capacity;
c/o S. Gaillard Ladd
Assistant United States Attorney
Southern District of Alabama
11 North Water Street, Suite 30100
Mobile, Alabama 36602; via email

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Jared McClain, Joshua Windham, Jaba Tsitsuashvili
Institute for Justice
901 N. Glebe Road, Suite 900
Arlington, VA 22203
jmcclain@ij.org, jwindham@ij.org, jtsitsuashvili@ij.org

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CHRISTOPHER EKMAN
*CLERK OF COURT*

Date: 10/23/2026

Joel Rogers
*Signature of Clerk or Deputy Clerk*

Civil Action No. 1:25-00397-JB-N

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ____________________
was received by me on *(date)* __________ .

❐ I personally served the summons on the individual at *(place)* ____________________
____________________ on *(date)* __________ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* __________
____________________ , a person of suitable age and discretion who resides there,
on *(date)* __________ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* ____________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* __________
____________________ on *(date)* __________ ; or

❐ I returned the summons unexecuted because ____________________ ; or

❐ Other *(specify)*:

My fees are $ __________ for travel and $ __________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __________

____________________
*Server's signature*

____________________
*Printed name and title*

____________________
*Server's address*

Additional information regarding attempted service, etc: