**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**MOBILE DIVISION**

| | |
|---|---|
| LEONARDO GARCIA VENEGAS,<br><br>*Plaintiff*,<br><br>v.<br><br>TOM HOMAN, WHITE HOUSE BORDER CZAR, IN HIS OFFICIAL CAPACITY, ET AL.,<br><br>*Defendants*. | Case No. 1:25-cv-397-JB-N |

**PLAINTIFF'S UNOPPOSED REQUEST FOR REMOTE HEARING**

Plaintiff Leonardo Garcia Venegas respectfully requests that the November 24, 2026 hearing in this matter be held remotely via Zoom, WebEx, or telephone:

1. This Court's recent order (ECF 127) set an in-person hearing for November 24, 2026, at 10:00 AM (Central) in US Courthouse, Courtroom 5B, 155 St. Joseph Street, Mobile, AL 36602.

2. Plaintiff's counsel, who are all admitted *pro hac vice* in this matter, will be located in Virginia, North Carolina, and California prior to the November 24 hearing.

3. Given the hearing's proximity to the Thanksgiving holiday (and to counsel's pre-planned family travel), Plaintiff respectfully requests that the Court hold the November 24, 2026 hearing remotely via Zoom, WebEx, or telephone.

4. Plaintiff's counsel conferred with Defendants' counsel, who do not oppose a remote hearing.

Dated: November 18, 2026.

Respectfully submitted,

/s/ Jared McClain
Jared McClain (DC Bar No. 1720062)*
Jaba Tsitsuashvili (DC Bar No. 1601246)*
Joshua Windham (NC Bar No. 51071)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jmcclain@ij.org
**Pro Hac Vice*

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Jared McClain
Jared McClain (DC Bar No. 1720062)