**IN THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION**

| | |
|---|---|
| **LEONARDO GARCIA VENEGAS,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**TOM HOMAN, White House Border Czar, in his official capacity, et al.**<br><br>**Defendants.** | **Civil Action No. 1:25-cv-00397-JB-N** |

## NOTICE OF APPEAL

All defendants appeal to the United States Court of Appeals for the Eleventh Circuit from the Court's orders granting a stay of the alleged immigration policies and preliminarily certifying a class, entered on September 21, 2026, and denying reconsideration, entered on November 19, 2026. [Docs. 106, 107, 130].

Respectfully submitted,

SEAN P. COSTELLO
UNITED STATES ATTORNEY

By: *s/ S. Gaillard Ladd*
S. Gaillard Ladd
Assistant United States Attorney
11 N. Water Street, Suite 30100
Mobile, Alabama 36602
Telephone: (251) 415-7135
Email: Gaillard.Ladd@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that, on November 19, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notice to all counsel of record.

*s/ S. Gaillard Ladd*
S. Gaillard Ladd
Assistant United States Attorney