**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**MOBILE DIVISION**

| | |
|---|---|
| LEONARDO GARCIA VENEGAS,<br><br>*Plaintiff*,<br><br>v.<br><br>TOM HOMAN, WHITE HOUSE BORDER CZAR, IN HIS OFFICIAL CAPACITY, ET AL.,<br><br>*Defendants*. | Case No. 1:25-cv-397-JB-N |

**PLAINTIFF'S NOTICE OF CROSS-APPEAL**

On November 19, 2026, Defendants noticed an appeal to the United States Court of Appeals for the Eleventh Circuit, including an appeal of the district court's September 21, 2026 order granting a stay of three of Defendants' policies. Plaintiff Leonardo Garcia Venegas hereby notices a cross-appeal to the United States Court of Appeals for the Eleventh Circuit. Plaintiff cross-appeals the September 21, 2026 order's denial of his motion for a preliminary injunction of the three stayed policies. *See* ECF 106.

Dated: November 24, 2026.

Respectfully submitted,

/s/ Jared McClain
Jared McClain (DC Bar No. 1720062)*
Jaba Tsitsuashvili (DC Bar No. 1601246)*
Joshua Windham (NC Bar No. 51071)*
INSTITUTE FOR JUSTICE
901 N. Glebe Road, Suite 900
Arlington, VA 22203
(703) 682-9320
jmcclain@ij.org
**Pro Hac Vice*

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I electronically filed the foregoing PLAINTIFF'S NOTICE OF CROSS-APPEAL with the Clerk of Court using the CM/ECF system, which will provide electronic service upon all attorneys of record.

/s/ Jared McClain
Jared McClain (DC Bar No. 1720062)